MINUTE ENTRY
BERRIGAN, J.
JULY 18, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                                  NUMBER: 11-119

CHRISTOPHER DORSEY                          SECTION: "C"

### SENTENCING

**APPEARANCES:**    Maurice Landrieu, Asst. U. S. Attorney
James C. Lawrence, Jr., Counsel for Defendant
Christopher Dorsey, Defendant

COURT RECORDER:        Cindy Usner
COURTROOM DEPUTY:   Kimberly County

Case called; all present and ready.
Court rules on Govt and deft objs to the pre-sentence report.
Ordered that pre-sentence report except sentencing recommendation be filed under seal.
Motion by USA for sentencing departure, record document no. 41, is DENIED.
Statement by counsel for defendant and counsel for the Govt.
Deft sentenced to the custody of the Bureau of Prisons for 120 months, as to Counts 1 & 2 and 168 months as to Count 3 of the indictment, to be served concurrently.
Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years as to each of Counts 1, 2 & 3, to be served concurrently.
Fine waived.
Deft to pay special assessment in the amount of $300.00, $100.00 as to each of Counts 1, 2 & 3.
See J & C for special conditions, etc.
Defendant remanded to the U. S. Marshal.
Court adjourned.

JS-10:  00:16