IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   MAR 19 2013

LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| United States Of America (Plaintiff / Appellee) | * * * * * | Case Number: 11-119 |
| | * | Section "C" (5) |
| Versus | * * * | |
| Christopher Dorsey (Defendant / Appellant) | * * | Pro-Se Notice Of Out Of Time Appeal |

**************************************************************

PRO-SE NOTICE OF OUT OF TIME APPEAL
***********************************

May It Please This Honorable Court:

Comes now, the appellant herein, Christopher Dorsey, whom at this time respectfully presents his Pro-Se Notice Of Out Of Time Appeal, in which the appellant urge this Honorable Court to allow him to submit a Pro-Se appeal, or in the alternative, court appoint counsel to represent him in the preparation of perfecting an appeal to the United States Fifth Circuit Court Of Appeals. It is however, that this appeal is presented via, Forma Pauperis, and is presented via, that of a Pro-Se litigant.

Wherefore, this court's jurisdiction has been invoked, and the appellant-defendant seeks that this court allow him to proceed in this matter through Forma Pauperis, and that of a Pro-Se litigant.

Signed this 23rd day of December, 2012

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
   Doc No. _____

Respectfully Submitted:

_____
Christopher Dorsey (Pro-Se) /

Attached Hereto Notice Of Out of Time Appeal: (  Identification  /  Address  Of  )

Mr. Christopher Dorsey ( Defendant / Appellant )
Reg. No: 31969-034
FCI Beaumont Medium
P.O. Box 26040
Beaumont, Texas. 77720-6040

Signed: _____
         Mr. Christopher Dorsey







Christopher Dorsey 39969034
FCI Beaumont-Medium
P.O. Box 26040
Beaumont, Texas 77720

Hon. U.S. District Court Judge Helen G. Berrigan
U.S. District Court
For The Eastern District of Louisiana
Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA 70130

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Flat Rate Envelope
Apply Priority Mail Postage Here

1006
70130

U.S. POSTAGE PAID
NEW ORLEANS, LA 70119
MAR 18, 13
AMOUNT $5.60
00049863-07

USPS TRACKING NUMBER