## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 11-119** |
| | * | |
| **VERSUS** | * | **SECTION "E" (5)** |
| | * | |
| **CHRISTOPHER DORSEY** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

### INDEX OF EXHIBITS

| Exhibit No.: | Description: |
|---|---|
| 1. | March 27, 2024 Transcript |
| 2. | Draft Motion to Approve Self-Employment |
| 3. | February 8, 2024 event flyer |
| 4. | February 10, 2024 event flyer |
| 5. | February 14, 2024 emails with Officer Sonnes |
| 6. | Example of employment information |
| 7. | Letter from Lana Fuchs, President/CEO of the Emerald Dream Foundation |
| 8. | Letter from Michael L. Reinert, Esq. of Fox Rothschild |
| 9. | Letter from Bryan Williams of Cash Money Records |
| 10. | Letter from Phil Sarna of PS Business Management, LLC |
| 11. | Photos of Mr. Dorsey and Jon Ponder of Hope for Prisoners at graduation |
| 12. | Letter from Jon Ponder of Hope for Prisoners |
| 13. | Letter from Victor Fuchs of Helix Electric |
| 14. | Letter from Las Vegas Councilman Cedric Crear (with flyer and photo) |

1

# Exhibit 1

# March 27, 2024 Transcript

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,      )
                                    )  Case No. 2:24-mj-00301-BNW
4              Plaintiff,           )
                                    )  Las Vegas, Nevada
5    vs.                            )  March 27, 2024
                                    )  Courtroom 3B
6    CHRISTOPHER DORSEY,            )
                                    )
7                                   )  Recording method:
               Defendant.          )  Liberty/CRD
8    _____)  2:57 p.m. - 3:04 p.m.
                                       INITIAL APPEARANCE

9
                              *CERTIFIED COPY*
10
                        TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE BRENDA N. WEKSLER
            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
12

13   APPEARANCES:

14   For the Government:    **DANIEL COWHIG, AUSA**
                            *UNITED STATES ATTORNEY'S OFFICE*
15                          *501 Las Vegas Boulevard South, Suite 1100*
                            *Las Vegas, Nevada 89101*
16                          *(702) 388-6336*

17

18   (Appearances continued on page 2.)

19

20   Recorded by:          Jeff Miller

21   Transcribed by:       Amber M. McClane, RPR, CRR, CCR #914
                           United States District Court
22                         333 Las Vegas Boulevard South, Room 1334
                           Las Vegas, Nevada 89101
23                         AM@nvd.uscourts.gov

24   Proceedings recorded by electronic sound recording.
     Transcript produced by mechanical stenography and computer.
25

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

```
 1      APPEARANCES CONTINUED:

 2      For the Defendant:

 3          ROBERT DEMARCO, ESQ.
            CHESNOFF & SCHONFELD
 4          520 South 4th Street
            Las Vegas, Nevada 89101
 5          (702) 384-5563

 6      Also Present:

 7          Annis Seopaul-Sones, USPO

 8

 9                          *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
Amber McClane, RPR, CRR, CCR #914

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1    LAS VEGAS, NEVADA; WEDNESDAY, MARCH 27, 2024; 2:57 P.M.

2                          --o0o--

3                    P R O C E E D I N G S

4         **COURTROOM ADMINISTRATOR:**  Your Honor, good afternoon.

5    This is the time set for initial appearances before the Court.

6         Your Honor, we are now calling United States of

7    America versus Christopher Noel Dorsey.  The case number in

8    this district is 2:24-mj-0301-BNW.

9         Beginning with government counsel, will all counsel

10   please state your names for the record.

11        **MR. COWHIG:**  Good afternoon, Your Honor.  Dan Cowhig

12   for the U.S. Attorney's Office.  If this matter is sealed, we

13   ask that it be unsealed.

14        **THE COURT:**  All right.  Good afternoon.  It will be

15   unsealed.

16        **MR. DEMARCO:**  Good afternoon, Your Honor.  Robert

17   Demarco appearing for David Chesnoff and Richard Schonfeld on

18   behalf of Mr. Dorsey who's present.

19        **THE COURT:**  All right.  Good afternoon to both of

20   you.  Please have a seat.

21        All right.  Mr. Dorsey, we're here as a result of a

22   petition that's been filed in the Eastern District of

23   Louisiana alleging that you have violated certain conditions

24   of your supervised release.

25        Have you received a copy of the petition?

UNITED STATES DISTRICT COURT
Amber McClane, RPR, CRR, CCR #914

TRANSCRIBED FROM DIGITAL RECORDING
2:24-mj-00301-BNW • 3/27/2024

1          MR. DEMARCO:  He has, Your Honor.

2          THE COURT:  All right.  Have you gone over the

3    petition with him?

4          MR. DEMARCO:  We have, yes.

5          THE COURT:  Okay.  All right.  And I'm sort of

6    getting ahead of myself.

7          Could you please state your full name for the record.

8          THE DEFENDANT:  Christopher Noel Dorsey.

9          THE COURT:  And how old are you, sir?

10          THE DEFENDANT:  Forty-three.

11          THE COURT:  And how far have you gone in school?

12          THE DEFENDANT:  Eleventh grade.

13          THE COURT:  All right.  So I was just asking you,

14    Counsel, you said that you have gone over the petition with

15    him?

16          MR. DEMARCO:  We did receive a copy of the petition

17    and did discuss the petition, yes, Your Honor.

18          THE COURT:  All right.  I just want to make sure that

19    he understands what it is that's being alleged.

20          MR. DEMARCO:  Yes.

21          THE COURT:  So, sir, let me ask you:  Do you

22    understand the allegations contained in the petition?

23          THE DEFENDANT:  Yes, ma'am.

24          THE COURT:  All right.  You have a right to a hearing

25    before the District Court in the Eastern District of Louisiana

TRANSCRIBED FROM DIGITAL RECORDING
2:24-mj-00301-BNW • 3/27/2024

1    as to whether your supervised release should be revoked.  At

2    that hearing the Government will be requested to demonstrate

3    that you violated the terms of your supervised release.

4            You're not required to make any statements about the

5    charges either here in court or to any law enforcement

6    officer.  Anything you do say can be used against you.

7            You have the right to the assistance of counsel at

8    all stages of these proceedings, and if you cannot afford

9    counsel, one will be appointed to you at the public's expense.

10           I understand in this case you have retained counsel?

11           **THE DEFENDANT:**  Yes, ma'am.

12           **THE COURT:**  In this district you have the right to an

13   identity hearing at which time the Government will be required

14   to show that you are, in fact, the person who's named in the

15   petition.

16           Counsel, is your client waiving or invoking his right

17   to an identity hearing?

18           **MR. DEMARCO:**  He's not invoking the identity hearing

19   today, Your Honor.  As -- we spoke before court, the

20   Government is agreeing for Mr. Dorsey to be released today and

21   to self-report to New Orleans.

22           **THE COURT:**  All right.  Very well.

23           All right.  And so did you have a chance to speak

24   with counsel at least briefly prior to court this afternoon?

25           **THE DEFENDANT:**  Yes, ma'am.

UNITED STATES DISTRICT COURT
Amber McClane, RPR, CRR, CCR #914

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1    **THE COURT:**  And do you understand the purpose of this

2  hearing?

3    **THE DEFENDANT:**  Yes, ma'am.

4    **THE COURT:**  And, Counsel, do you have any reason to

5  question the competence of your client to understand the

6  allegations in the petition and assist in his defense?

7    **MR. DEMARCO:**  No, Your Honor.

8    **THE COURT:**  All right.  The presumption here is that

9  Mr. Dorsey will be detained unless a court finds by clear and

10  convincing evidence that he will not flee or pose a danger to

11  the community of release.  I understand that there's an

12  agreement between the parties, and the Government's not going

13  to be seeking detention; is that right?

14    **MR. COWHIG:**  There -- there is an agreement,

15  Your Honor.  We are not seeking detention.  We ask simply that

16  the Court instruct Mr. Dorsey to report to the court in

17  Louisiana.  Officer Sones has a date, time, and location for

18  him down in Louisiana.  Mr. Dorsey is supervised here as

19  courtesy supervision in the district.  There appears to be a

20  communication lapse between the Court and the supervising

21  office here in that Mr. Dorsey was granted authority from the

22  Probation Office here to perform in some of these instances

23  mentioned in the petition.  We expect that that will be ironed

24  out down in Louisiana.

25    **THE COURT:**  All right.  Counsel, I'll hear from you.

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1    MR. DEMARCO:  Your Honor, I was going to be asking to

2  continue this till tomorrow so Mr. Chesnoff and Mr. Schonfeld

3  could be present.  When I was made aware from the Government

4  that they were not opposing his release and the self-report, I

5  did have confirmation that we would obviously agree with that.

6  And so we would ask the Court follow that, release him today

7  with the instruction to self-report, and Mr. Chesnoff and

8  Mr. Schonfeld and his other counsel will address these issues

9  in New Orleans as does -- as the Court can tell, it sounds

10  like there are [indiscernible] serious issues with the

11  allegations against Mr. Dorsey.

12    MR. COWHIG:  And Officer Sones also reported -- which

13  I should have provided Your Honor up front -- Mr. Dorsey has

14  been very compliant on supervision.  There have not been

15  issues of lack of communication or unresponsiveness.  They

16  believe that he is responsive to the conditions.

17    THE COURT:  All right.  Understood.

18    All right.  Under 18 USC 3143(a) and Rule of Criminal

19  Procedure 32.1, I must detain Mr. Dorsey unless he can

20  establish by clear and convincing evidence that he's not

21  likely to flee or pose a danger to the community if released.

22  I find here that he has met his burden.  This is based on the

23  fact that he has continued to report to Pretrial Services.

24  There's nothing in the petition suggesting that he's a danger

25  or that he has been a danger while released.  For those

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1   reasons, he will be released.

2          And you mentioned, Mr. Cowhig, that -- who has the

3   date for the appearance?

4          **MR. COWHIG:**  Probation Officer Sones.

5          **PROBATION OFFICER:**  Your Honor, I actually do not

6   have a date and time.  What I have is a -- a supervisor's

7   phone number in Louisiana, and once Mr. Dorsey's released, he

8   is to give her a call so that she can provide him with

9   reporting instructions to the Eastern District.

10          **THE COURT:**  All right.  I understand.

11          Mr. Dorsey, you have that number with you or

12   accessible to you once released?

13          **THE DEFENDANT:**  Yeah.  I'm pretty sure somebody's

14   going to give it to me.  I don't have it.

15          **THE COURT:**  All right.  So I will instruct you to

16   make sure that you get that number and that you -- you must

17   call the officer within 24 hours from today.  Understood?

18          **THE DEFENDANT:**  Yes, ma'am.

19          **MR. DEMARCO:**  And I will get that number from the

20   officer immediately after this hearing, Your Honor --

21          **THE COURT:**  Sounds great.

22          **MR. DEMARCO:**  -- as well.  Thank you.

23          **THE COURT:**  All right.  I think that takes care of

24   this case.

25          Mr. Cowhig, anything further?

*TRANSCRIBED FROM DIGITAL RECORDING*
*2:24-mj-00301-BNW • 3/27/2024*

1      MR. COWHIG:  No, Your Honor.  Thank you.

2      THE COURT:  Is there anything further from you?

3      MR. DEMARCO:  No.  Thank you, Your Honor.  Appreciate

4   it.

5      THE COURT:  Thank you.

6      MR. DEMARCO:  Thank you to the Government.

7      (Proceedings adjourned at 3:04 p.m.)

8                          * * *

9      I, AMBER M. McCLANE, court-appointed transcriber, certify

10   that the foregoing is a correct transcript transcribed from

11   the official electronic sound recording of the proceedings in

12   the above-entitled matter.

13

14   /s/  *Amber M. McClane*                    3/29/2024
        AMBER MCCLANE, RPR, CRR, CCR #914        Date

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
Amber McClane, RPR, CRR, CCR #914

# Exhibit 2

# Draft Motion to Approve Self-Employment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-119 |
| | * | |
| VERSUS | * | SECTION "E" (5) |
| | * | |
| CHRISTOPHER DORSEY | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION AND INCORPORATED MEMORANDUM
## IN SUPPORT OF MOTION TO APPROVE SELF-EMPLOYMENT

**NOW INTO COURT,** through undersigned counsel, comes Christopher Dorsey, who respectfully requests that the Court approve his self-employment as a recording artist in the music industry, as is required under Mr. Dorsey's conditions of supervised release. Approving his employment as a recording artist will allow Mr. Dorsey to pursue unique opportunities as a recording artist and allow him to reintegrate into society more fully.

### BACKGROUND

Mr. Dorsey pleaded guilty to being a felon in possession of a firearm and obstruction of justice more than ten years ago. The Court sentenced him to 168 months of imprisonment and two years of supervised release. R. Doc. 92. As a special condition of supervision, the Court ordered that Mr. Dorsey obtain court approval before engaging in self-employment. *See id.* at p. 4.

Having been released after serving his prison term, Mr. Dorsey has devoted himself to becoming a contributing and law-abiding citizen. He has volunteered with the Emerald Dream Foundation, an animal rescue organization, and Hope for Prisoners, an organization helping prisoners reintegrate into society. *See* Ex. 1, Reinert letter.

Mr. Dorsey, who has performed as a rapper since the age of 13, has also become an in-demand recording artist in Las Vegas, Nevada, where he now lives. Michael Reinert of the law firm Fox Rothschild is Mr. Dorsey's entertainment lawyer and has written the Court to explain the

opportunities available to Mr. Dorsey. *See id.* As explained by Mr. Rothschild, Mr. Dorsey has been sought out by many influential hip-hop artists, including Grammy award-winning artists such as Gucci Mane, Kevin Gates, and Finesse2. *See id.* He has also collaborated with Mike Will Made It, one of the most respected and award-winning producers of the last 10 years. *See id.* In the next six to nine months, Mr. Dorsey will have the opportunity to release two full albums on significant record labels, in addition to performing as a guest artist for others. *See id.*

Helping to manage Mr. Dorsey's career are an array of professionals, including (1) Mr. Reinert, who will handle Dorsey's legal affairs; (2) Tracey Smith, as experienced music executive who will serve as Mr. Dorsey's manager; and (3) Phil Sarna Business Management, which will handle Mr. Dorsey's finances. In addition, Mr. Reinert has been in discussions with the preeminent talent agency CAA to manage Mr. Dorsey's live performances.

Mr. Dorsey requests that the Court approve his self-employment as a musician so that he may pursue these opportunities for lawful employment.

### LAW AND ARGUMENT

A district court retains jurisdiction to modify conditions of supervised release, *see* 18 U.S.C. § 3583(e)(2), and has "wide discretion in imposing terms and conditions of supervised release" so long as "the conditions meet certain criteria." *See United States v. Paul*, 274 F.3d 155, 164 (5th Cir. 2001). Under 18 U.S.C. § 3583(d), a district court has the discretion to order "any other condition it considers to be appropriate," if the condition is "reasonably related" to certain sentencing factors.

> These factors include: (1) "the nature and circumstances of the offense and the history and characteristics of the defendant," (2) the need "to afford adequate deterrence to criminal conduct," (3) the need "to protect the public from further crimes of the defendant," and (4) the need "to provide the defendant with needed [training], medical care, or other correctional treatment in the most effective manner."

*Paul*, 274 F.3d at 165 (quoting 18 U.S.C. § 3553(a)(1)-(2)) (alteration in original). "In addition, supervised release conditions cannot involve a greater deprivation of liberty than is reasonably necessary to achieve the latter three statutory goals." *Id.* (citing § 3583(d)). Finally, supervised release conditions must also be "consistent with any pertinent policy statements issued by the Sentencing Commission." 18 U.S.C. § 3583(d).

Mr. Dorsey's request for approval of the employment described above is fully consistent with the goals of supervised release, namely, to secure gainful employment. *See* 18 U.S.C. § 3563(b)(4) (suggesting as a condition of release that a defendant "work conscientiously at suitable employment.") (incorporated by reference in 18 U.S.C. § 3583(d)); see also USSG § 5D1.3(c)(5) (suggesting, as condition of supervised release, that "the defendant shall work regularly at a lawful occupation ...."). "Congress intended supervised release to assist individuals in their transition to community life." *United States v. Johnson*, 529 U.S. 53, 59 (2000). Without the Court's approval, Mr. Dorsey will be unable to operate his own production company, an essential component of a successful career as a recording artist.

As one court has recognized, when a defendant "maintains steady employment, it likely will lower the chances that he will reoffend." *United States v. McKissic*, 428 F.3d 719, 725 (7th Cir. 2005). Thus, allowing for employment, including self-employment, protects the public from future crimes. *Id.* Further, to ensure that Mr. Dorsey's self-employed business pursuits are pursued appropriately and legitimately, Mr. Dorsey has surrounded himself with business professionals who will manage his finances and career opportunities. Under these circumstances, Mr. Dorsey respectfully requests that the Court approve his self-employment in the music industry.

## CONCLUSION

Mr. Dorsey has served the time for the crimes he committed in the Eastern District of Louisiana and is committed to being a productive member of society. As a renowned recording artist, Mr. Dorsey has unique business opportunities that will allow him to contribute to the entertainment industry, and he has surrounded himself with business professionals who will help him achieve those opportunities. For these reasons, Mr. Dorsey respectfully requests that the Court approve his self-employment as a recording artist.

Respectfully submitted,

*/s/ David Z. Chesnoff*
*(pro hac vice motion forthcoming)*
David Z. Chesnoff, Nevada No. 2292
Chesnoff & Schonfeld
520 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Ian L. Atkinson, 31605
SCHONEKAS, EVANS MCGOEY
 & MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com
ian@semmlaw.com

*Attorneys for Christopher Dorsey*

# Exhibit 1



101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900  🖶 212.692.0940
www.foxrothschild.com

MICHAEL REINERT
Direct No: 212.878.7916
Email: MReinert@FoxRothschild.com

March 12, 2024

To whom it may concern:

My name is Michael Reinert, and I am a partner at the firm of Fox Rothschild, LLP, in the New York City office. I have been a practicing attorney for over 40 years specializing in the entertainment and music industries. I have been representing Mr. Christopher Dorsey since October of 2023, advising him with respect to all aspects of his music and entertainment career. I am writing it this time to set forth some of the very strong and positive work that Mr. Dorsey has done since his release, and the very encouraging and exciting plans that lay ahead of him as to show why he should be allowed to pursue this course of action.

Mr. Dorsey had previously been part of an historic musical legacy, the "Hot Boys", as part of the Cash Money Records family. He also had a very high profile and highly respected solo career prior to his incarceration. Mr. Dorsey's legion of fans include many of the most high profile and respected musicians in the field today.

Since his release, Mr. Dorsey has shown only the most positive dedication towards resuming his career. He also fully recognizes his responsibilities to his community following his release and has done everything he can to show how seriously he takes those responsibilities to heart. I've been very proud to work with him while he continues to show how he will contribute as a valuable citizen as well as a successful businessman.

Also since his release, Mr. Dorsey has been sought out by many of the aforementioned artists in the hip-hop community, including Grammy award-winning artists such as Gucci Mane, Kevin Gates, and Finesse2. He has also been collaborating with one of the most respected and award-winning producers of the last 10 years, Mike Will Made It. All of these artists have come to Las Vegas just for the opportunity to work with Mr. Dorsey and help him resume the place he deserves in the pantheon of hip-hop music.

From a business perspective, it was very important to me before I agreed to represent Mr. Dorsey that he was surrounded by a responsible team of well trained professionals. His manager, Tracey Smith, is an experienced music executive who I have come to know and trust as a smart and thoughtful manager and advisor to Mr. Dorsey. At my insistence, Mr. Dorsey also engaged

156189347.2                                        A Pennsylvania Limited Liability Partnership

California     Colorado     Delaware     District of Columbia     Florida     Georgia     Illinois     Massachusetts     Minnesota     Missouri
Nevada     New Jersey     New York     North Carolina     Oklahoma     Pennsylvania     South Carolina     Texas     Washington

Fox
Rothschild

one of the most respected business management firms in our industry, Phil Sarna Business Management, so that all of his money matters would be handled with the utmost scrutiny and carefulness.

In the last six months, I have been able to negotiate a settlement with Universal Music Group for past royalties that were due to Mr. Dorsey and I have renegotiated his co-publishing agreement with Ultra Publishing, so that he no longer is under the yoke of an onerous and long-term agreement, but rather now privy to a more contemporary and even-handed agreement. I have negotiated side artist agreements for Mr. Dorsey with various of the aforementioned artists who have paid market rates to Mr. Dorsey for his services, and I am in the process of negotiating an exclusive recording agreement for Mr. Dorsey with one of the most important independent labels in the business today.  In addition, outside of the recording agreement, a joint project with the producer Mike Will Made It is being shopped to numerous parties. I have also been in touch with representatives of CAA, the most prestigious talent agency in our business, who have expressed great interest in helping Mr. Dorsey re-establish his renowned live performances in the coming year.

I bring all of this to your attention in an effort to show the seriousness with which Mr. Dorsey has resumed his place in society, as well as his career. The people he has surrounded himself with, including myself, are well-known and highly respected professionals who have only his best interests at heart. We will make sure that he continues to conform with all of the necessary requirements of his release, which I know he will do willingly.  What Mr. Dorsey is doing is showing that he can take responsibility for making a living using his great talent and overall business acumen. I ask that you please allow him to continue this path under the guidance and advice of the members of his team, who will continue to make sure that he succeeds and not fall backwards.

Thank you for your time and attention. I am happy to provide any additional information regarding the plans for Mr. Dorsey's professional activities.

Yours very truly,

Michael L. Reinert, Esq.

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 11-119** |
| | * | |
| **VERSUS** | * | **SECTION "E" (5)** |
| | * | |
| **CHRISTOPHER DORSEY** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that defendant Christopher Dorsey's Motion to Approve Self

Employment is **GRANTED**, and Mr. Dorsey may seek employment as a recording artist and may

establish his own production company.

New Orleans, Louisiana, this _____ day of March, 2024.


_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

# Exhibit 3

# February 8, 2024 event flyer

3/27/24, 2:48 PM



# LAS Vegas.

## LVIII SUPER BOWL WEEKEND 2024

## THUR.FEB 8

THEVEGASBOYZ.COM

## HOSTED BY     PERFORMING LIVE

# HOT BOY BG + BOOSIE BADAZZ



**WET**
LAS VEGAS AFTERHOURS

4636 SOUTH WYNN RD.
21+ | VIP INFO 702.416.6996
**DOORS OPEN 9PM-9AM**

**OPEN 24 HOURS • 5 MINUTES FROM THE STRIP • EXOTIC DANCERS**
**EXCLUSIVE HOOKAH • HIGH END HIP-HOP • LATE NIGHT KITCHEN**



3/27/24, 2:48 PM

EXECUTIVE HOOKAH · HIGH END HH · HH · LATE NIGHT KITCHEN 

# Exhibit 4

## February 10, 2024 event flyer

3/27/24, 2:48 PM



3/27/24, 2:48 PM



# PERFORMING LIVE

**+ BG** FIRST & HOSTED APPEARANCE BY **ARI**



## 4636 SOUTH WYNN RD.
**21+ | VIP INFO 702.416.6996**

**OPEN 24 HOURS · 5 MINUTES FROM THE STRIP · HIGH END HIP-HOP**
**EXCLUSIVE HOOKAH · LATE NIGHT KITCHEN**
## WETLV247.COM

**Exhibit 5**

**February 14, 2024 emails with Officer Sonnes**

3/27/24, 1:33 PM

## Christopher Dorsey ~ Contract

info traceybaltimore.com ◀ ████████████████ ▶
Wed 2/14/2024 2:18 PM

To: annis_seopaul_sones@ ████████████████████████@███████████>

Bcc: info traceybaltimore.com ◀ ████████████████ ▶

📎 3 attachments (2 MB)
BG:ClubWet.PDF; Feb.10th Promo.jpeg; Feb.8th Promo.jpeg;

Hey Ms. Annis

Hope you had a great Super Bowl weekend!

Attached you will find the contract for Christopher's hosting events
Feb.8th & 10th per your request.
I added the flyers as well for your records.

Please feel free to contact me if you have any questions.
Direct: ██████████████

Please reply to confirm receipt of this email 😐

Thank you

Tracey Smith
http://www.traceybaltimore.com

RE: Christopher Dorsey - Contract

Annis Seopaul Sones <Annis_Seopaul_Sones███████████████
Wed 2/14/2024 2:34 PM
To: info traceybaltimore.com <███████████████
Hi Tracey,

I have received the attachments. This contract does not have the monetary compensation that Mr. Dorsey received. I need to know how much money he was paid for these two events. Is there a contract or verification such as check, wire transfer, or direct deposit?

Thank you,


**Annis Seopaul Sones**
Senior U.S. Probation Officer
**U.S. Probation Office**
**District of Nevada**
██████████████████████
Web: http://www.nvp.uscourts.gov/

**From:** info traceybaltimore.com <███████████████
**Sent:** Wednesday, February 14, 2024 2:18 PM
**To:** Annis Seopaul Sones <Annis_Seopaul_Sones█████████████
**Subject:** Christopher Dorsey - Contract

**CAUTION - EXTERNAL:**

Hey Ms. Annis

Hope you had a great Super Bowl weekend!

Attached you will find the contract for Christopher's hosting events
Feb.8th & 10th per your request.
I added the flyers as well for your records.

Please feel free to contact me if you have any questions.
Direct: ████████████

Please reply to confirm receipt of this email 😊

Thank you

Tracey Smith
http://www.traceybaltimore.com
 CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Exhibit 6

# Example of employment information

3/27/24, 2:08 PM

Re: Christopher Dorsey - 3196034

Latarsha Ennis <████████████████>
Wed 11/22/2023 5:35 AM
To: tsmith fuchsglobal.com <████████████████>

Thank you

LaTarsha Ennis
Job Developer

**GEO Reentry Services, Inc.®**
**Las Vegas Community Correctional Center**
**2901 Sammy Davis Jr Dr**
**Las Vegas, NV 89109**

Tel: 702 953 1162 EXT 77708• Fax: 702 932 2152
lennis@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** tsmith fuchsglobal.com <████████████████>
**Sent:** Tuesday, November 21, 2023 7:15 PM
**To:** Latarsha Ennis <████████████████>
**Subject:** [EXTERNAL] Christopher Dorsey - 3196034

Hey Latarsha,

Attached you will find:

Christopher Dorsey
*Time Sheet
*Pay Check
*Paystub

Please feel free to contact me if you have any questions.

Wishing you and your family a Happy Thanksgiving!

3/27/24, 2:08 PM

Best,





FUCHS GLOBAL

NVB    JILATI    EMERALD



**TRACEY SMITH**
VP of Business Development

📍 PO BOX 80957
Las Vegas, NV 89180

📞 (702) 367-4747

🌐 FuchsGlobal.com

✉ Tsmith@FuchsGlobal.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.



**EMERALD**
DREAM FOUNDATION

# EMPLOYEE TIME SHEET

EMPLOYEE NAME: CHRISTOPHER NOEL DORSEY

WEEK OF: 11/12-11/18

|  | CLOCK IN | CLOCK OUT | BREAK | TOTAL |
|---|---|---|---|---|
| MONDAY | 8:00AM | 8:00PM |  | 12 |
| TUESDAY |  |  |  |  |
| WEDNESDAY | 8:00AM | 8:00PM |  | 12 |
| THURSDAY | 8:00AM | 8:00PM |  | 12 |
| FRIDAY | 8:00AM | 8:00PM |  | 12 |
| SATURDAY | 8:00AM | 3:00PM |  | 7 |
| SUNDAY |  |  |  |  |

**TOTAL: 55 HRS**

SUPERVISOR NAME: LANA FUCHS

SUPERVISOR SIGNATURE:

CO.   FILE   DEPT.   CLOCK   VCHR NO.   062



**EMERALD DREAM FOUNDATION**

Social Security Number:
Taxable Marital Status:       SINGLE
Dependents amount:            0

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 11/13/2023 |
| Period Ending: | 11/19/2023 |
| Pay Date: | 11/18/2023 |

**CHRISTOPHER NOEL DORSEY**



| Earnings | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Contractor | 15.00 | 55.00 | 825.00 | 4,950.00 |
| | **Gross Pay** | | **$825.00** | 4,950.00 |

| Deduction | Statutory | | |
|---|---|---|---|
| | FICA-Medicare | - 0.00 | 0.00 |
| | FICA-Social Security | - 0.00 | 0.00 |
| | Federal tax | - 0.00 | 0.00 |
| | State tax | - 0.00 | 0.00 |
| | **Net Pay** | **$825.00** | |
| | Check | - 825.00 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | This Period | Year To Date |
|---|---|---|

---

 EMERALD **EMERALD DREAM FOUNDATION**

| | |
|---|---|
| Advice Number: | |
| Pay Date: | 11/18/2023 |
| Social Security Number: | |

Pay of the order of   **CHRISTOPHER NOEL DORSEY**

| This amount: **EIGHT HUNDRED TWENTY FIVE AND 0/100 DOLLARS** | $825.00 |
|---|---|

## NON-NEGOTIABLE

**EMERALD DREAM FOUNDATION**
3078 E SUNSET RD STE 9
LAS VEGAS, NV 89120-2787

2200

94-177/1224
2135

Date 11/17/23

Pay To The
Order of Christopher Noel Dorsey                                    $ 825 00

Eight Hundred Twenty-Five 8 00/100                          Dollars

BANK OF
NEVADA

For _____

# Exhibit 7

## Letter from Lana Fuchs, President/CEO of the Emerald Dream Foundation



EmeraldDreamFoundation.org

Emerald Dream Foundation-
NV20071733325
Tax ID 26-1375189

To Whom It May Concern,

I am writing to you on behalf of Christopher Dorsey, who, after serving a 13-year sentence, has been a beacon of positive change and an exemplary member of our community. It is my hope that through this letter, I can convey the depth of his transformation and the sincere efforts he has made towards rehabilitation and contributing positively to society.

Since Christopher's release, he has dedicated himself to not only rebuilding his life but also enriching the lives of others around him. His commitment to positive change is evident through his commitment to the Hope for Prisoners program, attending every class, workshop and huddle-up, his consistent involvement in his children's lives, his work with the Emerald Dream Foundation, working with many different groups and individuals, including Doolittle Community Center, Pearson Community Center, Las Vegas Metropolitan Police Department Community Outreach program, and many others helping to feed and mentor at risk youth. Christopher has worked tirelessly, demonstrating an unwavering commitment to making amends and contributing to the community in meaningful ways. His actions have not gone unnoticed.

Many in our community have been inspired by his dedication, hard work, and the positive attitude he maintains despite the challenges he has faced. Christopher has become a role model for others, proving that people can change and make significant contributions to society if given the chance.

It is with this in mind that I respectfully request your consideration in allowing Christopher Dorsey the opportunity to start anew. He has shown remarkable resilience and a genuine desire to live a productive, law-abiding life. It is clear that Christopher is committed to making the most of this second chance, not just for himself but for the betterment of our community as a whole.

I believe that society benefits more from rehabilitating and supporting those who have shown a sincere desire and effort to change than by continuing to punish them for past mistakes from which they have learned and grown. Christopher's story is one of hope, redemption, and the power of second chances.

Thank you for your time and consideration in reviewing this request. I am confident that Christopher will continue to make positive strides and contribute to our community in significant ways. Should you require any further information or wish to discuss this matter in more detail, please do not hesitate to contact me.

Sincerely,

**Lana Fuchs**
President/CEO



**Exhibit 8**

**Letter from Michael L. Reinert, Esq.
of Fox Rothschild**



101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900  🖶 212.692.0940
www.foxrothschild.com

MICHAEL REINERT
Direct No: 212.878.7916
Email: MReinert@FoxRothschild.com

March 12, 2024

To whom it may concern:

My name is Michael Reinert, and I am a partner at the firm of Fox Rothschild, LLP, in the New York City office. I have been a practicing attorney for over 40 years specializing in the entertainment and music industries. I have been representing Mr. Christopher Dorsey since October of 2023, advising him with respect to all aspects of his music and entertainment career. I am writing it this time to set forth some of the very strong and positive work that Mr. Dorsey has done since his release, and the very encouraging and exciting plans that lay ahead of him as to show why he should be allowed to pursue this course of action.

Mr. Dorsey had previously been part of an historic musical legacy, the "Hot Boys", as part of the Cash Money Records family. He also had a very high profile and highly respected solo career prior to his incarceration. Mr. Dorsey's legion of fans include many of the most high profile and respected musicians in the field today.

Since his release, Mr. Dorsey has shown only the most positive dedication towards resuming his career. He also fully recognizes his responsibilities to his community following his release and has done everything he can to show how seriously he takes those responsibilities to heart. I've been very proud to work with him while he continues to show how he will contribute as a valuable citizen as well as a successful businessman.

Also since his release, Mr. Dorsey has been sought out by many of the aforementioned artists in the hip-hop community, including Grammy award-winning artists such as Gucci Mane, Kevin Gates, and Finesse2. He has also been collaborating with one of the most respected and award-winning producers of the last 10 years, Mike Will Made It. All of these artists have come to Las Vegas just for the opportunity to work with Mr. Dorsey and help him resume the place he deserves in the pantheon of hip-hop music.

From a business perspective, it was very important to me before I agreed to represent Mr. Dorsey that he was surrounded by a responsible team of well trained professionals. His manager, Tracey Smith, is an experienced music executive who I have come to know and trust as a smart and thoughtful manager and advisor to Mr. Dorsey. At my insistence, Mr. Dorsey also engaged

156189347.2                           A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington

Fox
Rothschild

one of the most respected business management firms in our industry, Phil Sarna Business Management, so that all of his money matters would be handled with the utmost scrutiny and carefulness.

In the last six months, I have been able to negotiate a settlement with Universal Music Group for past royalties that were due to Mr. Dorsey and I have renegotiated his co-publishing agreement with Ultra Publishing, so that he no longer is under the yoke of an onerous and long-term agreement, but rather now privy to a more contemporary and even-handed agreement. I have negotiated side artist agreements for Mr. Dorsey with various of the aforementioned artists who have paid market rates to Mr. Dorsey for his services, and I am in the process of negotiating an exclusive recording agreement for Mr. Dorsey with one of the most important independent labels in the business today.  In addition, outside of the recording agreement, a joint project with the producer Mike Will Made It is being shopped to numerous parties. I have also been in touch with representatives of CAA, the most prestigious talent agency in our business, who have expressed great interest in helping Mr. Dorsey re-establish his renowned live performances in the coming year.

I bring all of this to your attention in an effort to show the seriousness with which Mr. Dorsey has resumed his place in society, as well as his career. The people he has surrounded himself with, including myself, are well-known and highly respected professionals who have only his best interests at heart. We will make sure that he continues to conform with all of the necessary requirements of his release, which I know he will do willingly.  What Mr. Dorsey is doing is showing that he can take responsibility for making a living using his great talent and overall business acumen. I ask that you please allow him to continue this path under the guidance and advice of the members of his team, who will continue to make sure that he succeeds and not fall backwards.

Thank you for your time and attention. I am happy to provide any additional information regarding the plans for Mr. Dorsey's professional activities.

Yours very truly,

Michael L. Reinert, Esq.

2

156189347.2

# Exhibit 9

# Letter from Bryan Williams of Cash Money Records



To Whom It May Concern,

We are writing to express our full support for Christopher Noel Dorsey, professionally known as BG, and his request to travel and work in order to engage with youth in communities nationwide. With over 30 years of experience in the music industry, we understand the profound impact that hip-hop music can have as a form of expression and connection within communities.

Christopher Dorsey is not only a talented recording artist but also a beacon of resilience and growth. Having worked closely with him in the past, we have witnessed his dedication to his craft and his unwavering commitment to using his music as a platform for personal and societal reflection.

Hip-hop music, as a genre, goes beyond mere influence; it serves as a powerful means of self-expression and storytelling for artists like Christopher. His music reflects his experiences, struggles, and triumphs, resonating with audiences on a deep and emotional level. By sharing his authentic journey with people across the country, Christopher has the potential to inspire, uplift, and empower individuals to navigate life's challenges with courage and determination.

As music executives, we have seen firsthand the positive impact that artists like Christopher can have on communities. Through their music and personal narratives, they have the ability to foster understanding, empathy, and unity among people from diverse backgrounds. Christopher's unique voice and perspective are invaluable assets in promoting messages of hope, resilience, and personal growth.
We wholeheartedly believe that granting Christopher the opportunity to travel and engage with music will not only support his artistic endeavors but also enrich the lives of countless individuals in communities nationwide. By embracing his music and his expression, we are fostering a culture of creativity, empowerment, and positive change.

Thank you for considering this request and for recognizing the importance of Christopher Dorsey's contributions to the community. Should you have any questions or require further information, please do not hesitate to contact us.

Sincerely,

*Bryan Williams*          *April 2, 2024*

# Exhibit 10

## Letter from Phil Sarna of
## PS Business Management, LLC



## PS Business Management, LLC

April 2, 2024

RE:   Christopher "BG" Dorsey

To whom it may concern:

I am Phil Sarna and I am the Founder and CEO of PSBM, a business management firm specializing in the Entertainment and Sports Industries. With decades of experience, our firm represents some of the most recognized and awarded individuals throughout film, music, television, theater and sports. We have offices in New York, Los Angeles, Nashville and New Orleans. We specialize in a very hands-on, personal approach to our clients, assuring that they are well advised in all aspects of their financial concerns.

In the course of that work I also have had the pleasure of dealing with the attorneys at Fox Rothschild, LLP., including Michael Reinert. Mr. Reinert and I have worked together for the benefit of various clients over the years and I know him and his firm to be of the highest reputation not only in the Entertainment practice but in all areas that the firm specializes in.

Mr. Reinert brought Mr. Dorsey to my attention a few months back. As he has done in the past, Mr. Reinert was coming to me to see if I would be a good fit for working with this client. He explained that Mr. Dorsey was living in Las Vegas under supervised release and was working on his music career. Given that there would be income created by Mr. Dorsey's activities, Mr. Reinert wanted to make sure that all of Mr. Dorsey's financial needs would be properly handled and all of his obligations timely met. My team and I worked with Mr. Reinert's office and with Tracey Smith, Mr. Dorsey's manager, to establish the proper bank accounts and obtain the necessary tax documents. Since that time, PSBM has handled Mr. Dorsey's financial business and has maintained complete and accurate records of same.

While I have only known Mr. Dorsey a short time, I do know that he has dedicated himself to being a strong and contributing member of the community. He has contributed his time to both the Emeral Dream Foundation www.emeralddreamfoundation.org and Hope for Prisoners https://hopeforprisoners.org, from where he graduated. It is clear that Mr. Dorsey takes his responsibilities, obligations and freedom very seriously.

I have worked with many performers who have, unfortunately, found themselves at times on the wrong side of the law. It is not something we cater to but it is a reality of our world. Yet I have also seen the difference between those who understand the debt they paid and must continue to pay, and those who take for granted the opportunities presented to them. I can say with great certainty that Mr. Dorsey falls squarely in the former and I know he will continue to pursue only the highest standards in his career and as a member of the community. I hope the court will find that it is in not only Mr. Dorsey's best interests but in the community's as a whole to allow him to pursue his career with the careful guidance of the court and his representatives.

235 Park Avenue South  | 9th Floor |  New York NY 10003 | Tel 212 246 6433

Thank you for your time and attention. I am happy to provide any additional information regarding the plans for Mr. Dorsey's professional activities.

Yours very truly,

Phil Sarna

# Exhibit 11

# Photos of Mr. Dorsey and Jon Ponder of Hope for Prisoners at graduation





# Exhibit 12

# Letter from Jon Ponder of Hope for Prisoners



April 1, 2024

Dear Mr. Chesnoff,

My name is Jon Ponder, Founder and CEO of HOPE for Prisoners, Inc., a Southern Nevada comprehensive reentry program that assists returning citizens to navigate the challenges they might face during the reintegration process. Our organization works with men, women and young adults that are exiting different arenas of our judicial system, providing training, mentoring and supportive services to assist individuals with successful reintegration back in their families, the workforce, and our community.

I am writing today on behalf of Mr. Christopher Dorsey.  I have had the pleasure of working with Christopher for approximately 6 months and can attest to the strength of his character and his desire to remain a productive and contributing member of our community. He graduated from our program in September 2023 and is currently employed as the Director of Community Outreach for the Emerald Dream Foundation, despite the challenges he has faced in the past. He is determined and committed to remain on the positive path that he has chosen for his life.

I am personally mentoring Christopher and am in contact with him on a nearly daily basis. I feel confident that he is not a liability to anyone, and I hope that this letter will help you in making your decision.

Please do not hesitate to contact me directly with any questions or concerns that you might have regarding this matter.

Sincerely,



**JON D. PONDER**
Founder & CEO - HOPE For Prisoners

702-586-1371          info@hopeforprisoners.org          333 N. Rancho Dr. Second Floor,
                                                          Las Vegas, NV 89106

# Exhibit 13

# Letter from Victor Fuchs of Helix Electric



**HELIX ELECTRIC**
CONSTRUCTORS • ENGINEERS

April 2, 2024

To Whom It May Concern,

I am reaching out to you today to discuss Christopher Dorsey, a man whose story is not just one of personal redemption but also of significant community impact. Since his release after a 13-year incarceration, Christopher has embarked on a remarkable journey of transformation that has not only reshaped his life but has also positively influenced our community in substantial ways.

Christopher's dedication to bettering himself and those around him has been evident through his numerous contributions and initiatives aimed at supporting our community's most vulnerable. The sincerity of Christopher's efforts to make amends and his dedication to public service have been truly inspiring. He has become a beacon of hope and a testament to the power of second chances, showing that with determination and support, individuals can turn their lives around and become valuable contributors to society.

Christopher's story is a powerful reminder of the human capacity for growth and redemption. His actions since his release reflect a deep commitment to living a life of purpose and service. It is clear that Christopher has not only changed his trajectory but has also touched the lives of many in our community through his work.

Therefore, I humbly ask for your compassionate consideration of Christopher Dorsey's case, recognizing the profound transformation he has undergone and the positive impact he continues to make within our community. His journey represents the very essence of redemption and the positive outcomes that can emerge from providing individuals with the opportunity for a second chance.

I am confident that Christopher's continued efforts will only further benefit our community, and I believe that supporting him in his journey not only serves justice but also reinforces the values of rehabilitation and community support that are central to our society.

Sincerely,

Victor Fuchs

3078 E. Sunset Rd., Suite 9 • Las Vegas, NV 89120 • Tel: (702) 732-1188 Fax: (702) 732-4386
Nevada License #0053810 • 0073392 • 0073455 • Arizona License #ROC 232191 K-11 • California License #989859 • Idaho License #005986
Minnesota License #EA649828 • Montana License #2412 • North Dakota License #3134 • New Mexico License #367103
South Dakota License #EC2703 • Texas License #30109 • Utah License #7314771-5501 S200 • Wyoming License #C-24040

# Exhibit 14

## Letter from Las Vegas Councilman
## Cedric Crear (with flyer and photo)



OFFICE OF
**CEDRIC CREAR**

COUNCILMAN, WARD 5

**CITY OF LAS VEGAS**

495 S. MAIN ST.
LAS VEGAS, NV 89101
702.229.5443 | VOICE
702.464.2600 | FAX
711 | TTY
ccrear@lasvegasnevada.gov

cityoflasvegas
lasvegasnevada.gov

April 4, 2024

The Honorable Susie Morgan
500 Poydras Street
Room C322
New Orleans, LA 70130

Dear Honorable Judge Susie Morgan,

I am a City Councilman representing the residents of Ward 5 in Las Vegas. I am writing a letter of support for Christopher Dorsey to respectfully inform you of the great community work he is engaging in since being released from prison. He is currently living in Las Vegas, Nevada.

I was born and raised in Las Vegas. I have deep ties to the community as my father was a family medical doctor. I graduated from Howard University in Washington, D.C. with a Bachelor's degree in microbiology. Following college, I returned to Las Vegas and began working for Station Casinos and later in marketing and advertising.

I served as an elected member on the Board of Regents for the Nevada System of Higher Education; Las Vegas Metropolitan Police Department – Fiscal Affairs Committee; Southern Nevada Regional Planning Coalition; Commission for the Las Vegas Centennial; and the Southern Nevada Enterprise Community Board to name a few. I am currently running for Mayor of Las Vegas.

I met Christopher when a local construction company, Helix, hosted a holiday event on December 16, 2023 at the Doolittle Community Center, which is located in the Ward I represent. This center is the hub and heartbeat of the Historic Westside. Many programs hosted at Doolittle are geared toward community and targets at-risk youth. The goal is to instill valuable tools to plant a seed in the lives of our residents and especially our youth. During the Christmas event, I was a special guest and Christopher was acting as "Santa." See attached photo.

I am familiar with Christopher's music and realize that he was impacted by the underside living of urban life. I can say with conviction that my interaction with Christopher showed maturity, engagement, and commitment to making life better for himself and the children in our community. The smiles were priceless.

Christopher has proved that he is a necessary asset in our community and he is showing true leadership. In this respect, I am most confident that he will continue on this path and will take responsibility to honor your court orders. It is my hope that he will be given a chance to prove further that he will continue to do the work to better his life and the lives of his family.

If you should require further comments or explanations regarding my support for Christopher, you may contact me at 702.229.5443 or by email at ccrear@lasvegasnevada.gov.

Sincerely,

Cedric Crear
Las Vegas Councilman, Ward 5



The City of Las Vegas

Department of Parks, Recreation & Cultural Affairs and Clark County invites you to attend

## Doolittle Community Center's

# *Breakfast*
# WITH SANTA

Holiday Craft Activities, Breakfast, Gift Distribution and a special appearance by Santa !

## Saturday, December 16, 2023

### 10am – 1pm
Doolittle Community Center

1950 J St. Las Vegas, NV 8906

For any questions please contact

Doolittle Community Center

702.229.6374

