AO 98 (Rev. 12/11) Appearance Bond

```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
                   COUNSEL/PARTIES OF RECORD

        MAR 27 2024

   CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America )
v. )
CHRISTOPHER NOEL DORSEY ) Case No. 2:24-mj-0301-BNW
)
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, __CHRISTOPHER NOEL DORSEY__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

(   ) (3) This is a secured bond of $ _____, secured by:

    (   ) (a) $ _____, in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                 Page 2 of __5__ Pages

# UNITED STATES DISTRICT COURT
для the
District of Nevada

| United States of America | ) |
| v. | ) |
| CHRISTOPHER NOEL DORSEY | )  Case No.  2:24-mj-0301-BNW |
| | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 3 of 5 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
*Custodian*                      *Date*

( ☐ ) (7) The defendant must:
( ☐ ) (a) submit to supervision by and report for supervision to the  ☐ U.S. Pretrial Services Office  ☐ Las Vegas 702-464-5630  ☐ Reno 775-686-5964
no later than _____  ☐ U.S. Probation Office  ☐ Las Vegas 702-527-7300  ☐ Reno 775-686-5980
( ☐ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☐ ) (d) surrender any passport to: _____
( ☐ ) (e) not obtain a passport or other international travel document.
( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: _____

( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☐ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

Query    Reports    Utilities    Help
What's New    Log Out

ON BOND,Restraint_None

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-00301-BNW
# All Defendants

Case title: USA v. Dorsey                Date Filed: 03/27/2024

---

Assigned to: Magistrate Judge Brenda Weksler

**Defendant (1)**

**Christopher Dorsey**  represented by  **David Z. Chesnoff**
Chesnoff & Schonfeld
520 S Fourth St
Las Vegas, NV 89101-
702-384-5563
Fax: 702-598-1425
Email: dzchesnoff@cslawoffice.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Rule 5 | |

---

| Plaintiff | | |
|---|---|---|
| USA | represented by | **Daniel J. Cowhig**<br>U.S. Attorney's Office<br>501 Las Vegas BLVD S<br>STE 1100<br>Las Vegas, NV 89101-7071<br>702-388-5088<br>Fax: 702-388-5087<br>Email: daniel.cowhig@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | | Case assigned to Magistrate Judge Brenda Weksler. (BXS) (Entered: 03/27/2024) |
| 03/27/2024 | 1 | ~~SEALED~~ Rule 5(c)(3) Documents Received as to Christopher Dorsey. Documents received from Eastern District of Louisiana include Arrest Warrant and Petition for Warrant. (KMB) Modified on 3/29/2024 (JAM). (Entered: 03/28/2024) |
| 03/27/2024 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Christopher Dorsey held on 3/27/2024 before Magistrate Judge Brenda Weksler. Crtrm Administrator: *Jeff Miller*; AUSA: *Dan Cowhig*; Def Counsel: *Robert DeMarco, Esq. for David Chesnoff, Esq.*; USPO: *Annis Seopaul Sones*; Court Reporter/Recorder: *Liberty/CRD*; Recording start and end times: *2:57:40 - 3:04:56*; Courtroom: *3B*; Defendant is present in custody and in no restraints during court proceeding. Defense counsel retained. Attorney David Z. Chesnoff for Christopher Dorsey added. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the Eastern District of Louisiana. Defendant is ORDERED released on PR Bond under conditions previously imposed and with the additional |

| | | |
|---|---|---|
| | | condition that he report as ordered to the Eastern District of Louisiana for all scheduled court appearances. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAM) (Entered: 03/29/2024) |
| 03/27/2024 | 4 | PR BOND Entered as to Christopher Dorsey. (MAM) (Entered: 04/01/2024) |
| 03/27/2024 | 5 | ORDER Requiring a Defendant To Appear in the District where Charges are Pending and Transferring Bail, as to Christopher Noel Dorsey. Signed by Magistrate Judge Brenda Weksler on 3/27/2024. (Copies have been distributed pursuant to the NEF - KMB) (Entered: 04/02/2024) |
| 03/29/2024 | 3 | TRANSCRIPT of Proceedings, 2 Initial Appearance - Rule 5(c)(3) as to Christopher Dorsey held on 3/27/2024 before Magistrate Judge Brenda Weksler. Court [Reporter] Transcriber: Amber McClane, AM@nvd.uscourts.gov. Recording start and end times: 2:57 p.m. - 3:04 p.m.. Any Redaction Request is due by 4/19/2024. Release of the Transcript Restriction is set for 6/27/2024. Before release date, the transcript may be viewed at the court public terminal or purchased through the court reporter. After release date, it may be obtained through the court reporter or PACER.<br><br>**THIS TRANSCRIPT MUST NOT BE ATTACHED AS AN EXHIBIT OR MADE PART OF AN APPENDIX. See Local Rule IA 10-3.(b).**<br>(AMM) (Entered: 03/29/2024) |