UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CHRISTOPHER DORSEY

CRIMINAL

NO. 11-119

SECTION: E

**ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT**

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*,

373 U.S. 83 (1963) and its progeny, and hereby orders it to do so. Failing to do so in a timely

manner may result in consequences, including, but not limited to, exclusion of evidence, adverse

jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

New Orleans, Louisiana this ____ day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE