**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 11-119** |
| **v.** | * | **SECTION: "E" (5)** |
| **CHRISTOPHER DORSEY** | * | |
| aka "BG" | | |
| aka "Gizzle" | * | |
| aka "Christopher Williams" | | |
| | * | |

\*     \*     \*

## O R D E R

Considering the foregoing motion for a rule to show cause why the Defendant's term of supervised release should not be modified, filed by the Government;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Christopher Dorsey appear before this Court on **Tuesday, June 18, 2024, at 2:00 p.m.** to show cause why supervised release should not be modified.

**New Orleans Louisiana, this 15th day of May, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**