UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 11-119 |
| CHRISTOPHER DORSEY | SECTION: "E" |

### ORDER

In preparation for the Show Cause Hearing scheduled for June 18, 2024;[1]

**IT IS ORDERED** that **on or before Tuesday, May 21, 2024, at 5:00 p.m.**, counsel for Defendant Christopher Dorsey a/k/a BG submit to the Court the lyrics to all songs the Defendant has recorded since his release from imprisonment on January 24, 2024.

**New Orleans, Louisiana, this 17th day of May, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 182.

1