

**Department of English**

**Arizona State University**

June 16, 2024

To Whom It May Concern:

I write this letter on behalf of Christopher Dorsey.

For over twenty years, I have written largely about race, class, and Black culture, with ample focus on hip hop. My work spans fiction, creative nonfiction, and journalism, and has been awarded a Pulitzer Prize, a National Magazine Award, a Whiting Award, a Guggenheim fellowship, and the Ernest J. Gaines Award for Literary Excellence, among many other accolades. I have also lectured extensively both nationally and abroad, experience that includes presenting a TED talk on the harms of race as a social construct.

Furthermore, I am also a formerly incarcerated person. Beginning in 1997, I spent 16 months in an Oregon state prison for selling drugs. Several of my family members have been justice involved and / or struggled with addiction.

I was incarcerated at the time that Dorsey, as member of the Hot Boyz, released their first album, but I soon became acquainted with his music. Even though I lived miles away from New Orleans in Portland, Oregon, the culture about which he rapped was familiar to me: the violence and predation; the materialism and aspirations of wealth; the bravado and misogyny. However, I also heard in it the desire to best poverty, the will to overcome obstacles, and a tremendous pride in one's home.

When I left prison, I carried in my personal effects, a few handwritten pages of what became my debut novel: *The Residue Year*s. The book tells the story of a young man who is trying to help his mother through her addiction struggles, while taking care of his younger brothers and preparing to become a father himself. While the book was marketed as an autobiographical novel and was born of my personal experience, the dual protagonists of the story were *not* me or my mother, nor should they ever be perceived as such. Rather the novel is an example of perhaps the best writing advice I've received: write what you know.

One must be mindful that all these years Dorsey has been writing what he knows. No doubt if he had grown up in different circumstances, his material would be different. Also, as far as I know, Dorsey has never rapped under his given name. B.G. is a persona, which is at base a work of creativity, and all the art he has made under that moniker should be viewed though that lens. Dorsey is not B.G. any more than I was Champ, the protagonist of my novel. While B.G. and Champ borrow from real experiences, they are also full of exaggerations, conflations, and fictions, are at most composites of real people and factual experiences.

It's also important to note the extent to which rapping and writing about these subjects serves as catharsis and a way of making sense of one's circumstances, lives, we must never forget, that have been shaped by systemic forces.

**Department of English - An academic unit of The College of Liberal Arts and Sciences**

Arizona State University  P.O. Box 871401  Tempe, AZ 85287-1401

**p:** 480-965-3168  **f:** 480-965-3451  **web:** english.asu.edu

My second book was an essay collection, titled *Survival Math: Notes on an All-American Family*. The book covers some of the same subject matter as my novel, but there are two distinct differences. First, the book is a work of nonfiction. Second, the essays of the book seek to examine the context that shaped personal experiences. For example, what it's like to grow up in a place with the history of being the only state admitted into the union with an exclusion clause against Black people in its constitution.

Dorsey is child of New Orleans, which means his music should be viewed through the lens of new Orleans history and culture. Is the fact of Dorsey taking up rap as a profession disconnected from enslaved people performing in Congo Square? Is the fact of his rapping about violence disconnected from his father being murdered in a robbery? Should the fact of any Black person's imprisonment be disconnected from the clause in the 13th Amendment that allowed for reimprisonment of people who'd been convicted of crimes? Dorsey grew up hearing stories of Angola prison, knowing people who'd lived behind its walls. What should we make of the fact that today Angola is the largest maximum-security prison in America, has a prison population which is over 70% Black, and makes much of that prison population labor for unfair wages?

Dorsey's biggest hit is the song "Bling, Bling," from the album *Chopper City in the Ghetto*. On that same album is the song "Cash Money Is an Army" on which Dorsey as B.G. raps, "Money making is my thing, 'cause I'm tryin' to be rich /Tryin' to put a way Mil that's why I'm in this studio on my shit / Droppin' rap after rap like you sell ki after ki." Like many of his lyrics, this song testifies to one of Dorsey's main objectives: earning money. To impugn rappers for their lyrics, to mandate that they find other lines of work, when their work is legal, is an unjust encroachment on free speech. Can you imagine a world in which Francis Ford Coppola or Martin Scorsese were held accountable for crimes committed by the mafia? Have you ever heard either of them maligned as men who popularize a harmful subculture, who promote pernicious pathologies?

At heart, the mafia was born of the same thing that birthed rap music: oppression. Poor Black and brown kids in the Bronx, used their creativity to resist that oppression and entertain themselves. People often note 1973 as the year that hip hop was born. Is it ironic or predictable that one can travel to the Bronx now and see some of the same blight that existed back then. Is it surprising that one can travel to 13th ward, where Dorsey grew up, and find the same poverty that existed when he was a child? While many of Dorsey's lyrics depict hard circumstances, they should never be used against him in court. If anything, his lyrics should serve as an indictment of the forces that brought the experiences about which he raps into existence.

Sincerely,

*Mitchell S. Jackson*

Mitchell S. Jackson
John O. Whiteman Dean's Distinguished Professor
Arizona State University

# MITCHELL S. JACKSON

1151 S. Forest Ave Tempe, AZ 85281| 503.209.8086 | 480.965-3451 | Mitchell.S.Jackson@asu.edu
mitchellsjackson.com


## EDUCATION

**Master of Fine Arts, Creative Writing**                                       May 2004
New York University
Thesis Advisor: Chuck Wachtel

**Master of Arts, Writing**                                                   August 2002
Portland State University
Thesis Advisor: Diana Abu-Jaber

**Bachelor of Science, Speech Communication**                                August 1999
Portland State University


## ACADEMIC POSTS

**Arizona State University**                                        August 2021 - Present
1151 S. Forest Ave Tempe, AZ 85281
*John O. Whiteman Dean's Distinguished Professor*

**University of Chicago**                                                    2019 – 2021
5801 S Ellis Ave, Chicago, IL 60637
*Assistant Professor, Creative Writing*

**New York University**                                                      2016 – 2019
58 W 10th Street, New York, NY 10011
*Clinical Associate Professor*

**College of New Rochelle**                                                  2017 – 2019
29 Castle Pl, New Rochelle, NY 10805
*Visiting Writer, MFA Program*

**Columbia University**                                                      2015 – 2019
1130 Amsterdam Ave, New York, NY 10027
*Adjunct Professor*

**Lesley University**                                                        2015 – 2016
29 Everett St, Cambridge, MA 02138
*MFA Creative Writing Faculty*

**New York University**                                                      2003 – 2016
58 W 10th Street, New York, NY 10011
*Adjunct Assistant Professor*

**John Jay College of Criminal Justice**                                     2004 – 2016
524 W 59th St, New York, NY 10019
*Adjunct Assistant Professor*

**Medgar Evers College**                                         2005 – 2016
1650 Bedford Ave, Brooklyn, NY 11225
*Adjunct Assistant Professor*

## ADDITIONAL POSTS

---

**pgLang Books (Random House)**                                  2024 –
1745 Broadway, NY, NY 10019
*Editorial Creative Director*

**Esquire Magazine**                                             2020 – pres
300 W 57th Street, NY, NY 10019
*Columnist*

**New York Times Magazine**                                      2020 – pres
620 8th Ave. NY, NY 10018
*Contributing Writer*

## PUBLICATIONS

---

**BOOKS - NONFICTION**
(3)  Jackson, Mitchell S. *Fly: The Big Book of Basketball Fashion.* Artisan Books, 2023.

**Published Reviews**
Trueherz, Matthew. "NBA Fashion Decoded, Blazers and All." *Portland Monthly*. 18 Sept. 2023.

Smith, Corbin. "What Does Basketball Fashion Have To Do With Basketball?" *Portland Mercury*. 6 Sept. 2023.

Jackson, Scoop. "Court Records." *The New York Times Book Review*. 3 Sept. 2023, p. 26.

**Recognition**
USA Today's Best-Selling Booklist, #48
The Root: "Books By Black Authors We Can't Wait to Read"
Women's Wear Daily: "Books To Read This Fall"
Yahoo! Sports: "Six Men's Fashion Books to Read This Fall"
Chicago Sun Times "Seven masterful basketball books"
Portland Book Festival "2023 Recommended Reading"
New York Times: "12 most stylish books for Fall 2023"
New York Times Holiday Gift Guide
New York Post Holiday Gift Guide: "38 Best Books To Gift"
The Boston Globe Holiday Gift Guide
Publisher's Weekly Holiday Gift Guide
Elle Magazine Holiday Gift Guide
Goop: "The Men's Gift Guide"
The Globe and Mail (UK) Gift Guide
Uproxx Holiday Gift Guide

**Selected Press + Media Appearances**
Good Morning America, In-Studio Segment
Good Morning America, "Binge This" Best Books of the Year
Today Show, Rumaan Alam's Holiday Book Recommendation
WGN-TV Chicago, In-Studio Interview
Good Day DC (FOX 5), In-Studio Interview
Your Life Arizona, Taped Interview
NPR's Weekend Edition, Interview with Ayesha Rascoe
The Weekend with Ed Kalegi, Syndicated Radio Appearance
BIN-Black Information Network, National Radio Interview
Oregon Public Broadcasting, The Archive Project
Rick Tittle Show, National Radio Interview
Stuck with Damon Young, Podcast Interview
KCRW's The Treatment, Podcast Interview
Hoopsology, Podcast Interview
DRESSED, Podcast Interview
The Stacks, Podcast Interview
TOURE Show, Podcast Interview
Naked with Cari Champion, Podcast Interview
Esquire Magazine, "Five Fits" Feature
Esquire Magazine Turkey, Feature in Fall Print Issue
GQ Sports, Author Profile
GQ Mexico, Feature in Fall Print Issue
The Boston Globe, Feature Article: "Basketball style that dazzles"
The Guardian UK: "Superfly: Basketball fashion"

(2) Jackson, Mitchell S. *Survival Math: Notes on an All-American Family.* Dialogue Books, 2020.
(1) Jackson, Mitchell S. *Survival Math: Notes on an All-American Family.* Scribner, 2020.

**Published Reviews**
Moore, Darnell L. "Brother's Keepers." *The New York Times Book Review.* 24 Mar. 2019, p. 18.

Partington, Heather Scott. "Mitchell S. Jackson's 'Survival Math' talks systemic challenges facing the Black Community." USA Today. 10 Mar. 2019, https://www.usatoday.com/story/life/books/2019/03/08/survival-math-mitchell-jackson-book-review/3087220002.

Helmsworth, Jamie. "Mitchell S. Jackson's "Survival Math Is a Brutal But Rewarding Document of Growing Up in Northeast Portland." Willamette Week. 6 Mar 2019.
https://www.wweek.com/arts/books/2019/03/06/mitchell-s-jacksons-survival-math-is-a-brutal-but-rewarding-document-of-growing-up-in-northeast-portland/

Taylor, Ericka. "'Survival Math' Is A Spellbinding Narrative In Essays." *NPR.* 5 Mar. 2019, www.npr.org/2019/03/05/700347012/survival-math-is-a-spellbinding-narrative-in-essays.

Graham, Renée. "In Mitchell S. Jackson's 'Survival Math,' Cracking a Deadly Maze of Racist Design." *The Boston Globe.* 1 Mar. 2019.

Starred review of "Survival Math: Notes on an All-American Family." Kirkus Reviews. 23 Dec. 2018, https://www.kirkusreviews.com/book-reviews/mitchell-s-jackson/survival-math/.

Rosier, J Howard. Starred review of "Survival Math: Notes on an All-American Family." Booklist. 1 Feb. 2019, https://www.booklistonline.com/Survival-Math-Notes-on-an-All-American-Family/pid=9711669?AspxAutoDetectCookieSupport=1.

Rodzvilla, John. Starred review of "Survival Math: Notes on an All-American Family." Library Journal. 02 Jan. 2019, https://www.libraryjournal.com/?authorName=Jackson,%20Mitchell%20S.&category=review.

Starred review of "Survival Math: Notes on an All-American Family." Publisher's Weekly. 26 Nov. 2018. https://www.publishersweekly.com/978-1-5011-3170-7

**Recognition**
The New York Times Book Review: "Editor's Choice"
The New York Times Book Review: "Paperback Row"
Entertainment Weekly: "The 50 Most Anticipated Books of 2019"
LitHub.com: "Most Anticipated Books of 2019"
Buzzfeed: "66 Books Coming in 2019 That You'll Want to Keep on Your Radar"
Time Magazine: "11 New Books to Read This March"
Time Magazine: "The 10 Best Nonfiction Books of 2019 So Far"
Book Therapy: "Best Summer Nonfiction Reads So Far"
O the Oprah Magazine: "The Best Nonfiction Books of 2019"
Time Magazine: "100 Must-Read Books of 2019"
NPR: "NPR's Favorite Books of 2019"
Esquire Magazine: "Best Books of 2019"
Kirkus Reviews: "Best Books of 2019"
The Paris Review: "Staff's Favorite Books of 2019"
Buzzfeed: "The Best Books of 2019"
The Root: "The Root's Favorite Reads of 2019"
Powell's Books: "Staff Top Fives of 2019"
Multnomah County Library: "Best Books of 2019"
PDX Monthly Magazine: "2019's Best Oregon-Born Culture"
Paste Magazine: "The 19 Best Nonfiction Books of 2019"
Paste Magazine: "The 25 Best Memoirs of the 2010's"
Entropymag.org: "Best of 2019: Nonfiction books"
Inside Hook: "The 20 Best Books of 2019"
Alta.com: "Favorite Books of 2019"
Conversations Book Club: "50 Best Books of 2019"

## BOOKS - FICTION
(3)  Jackson, Mitchell S. *The Residue Years*. Dialogue Books, 2020.
(2)  Jackson, Mitchell S. *The Residue Years*. Bloomsbury USA, 2013.

**Published Reviews**
Grant, Colin. "The Residue Years by Mitchell S Jackson Review—a Tale of Mourning and Loss." The Guardian. 19 May 2020. Web. Word count: 745 words. https://www.theguardian.com/books/2020/may/19/the-residue-years-by-mitchell-s-jackson-review-a-tale-of-mourning-and-loss

Woodhead, Cameron. "Book Reviews: Fiction." *The Sydney Morning Herald.* 14 Nov. 2014, www.smh.com.au/entertainment/books/book-reviews-fiction-20141107-11ikx0.html.

Kamine, Mark. "Druggists." *The Times Literary Supplement.* 13 Dec 2013.

Saunders, Kate. "The Residue Years by Mitchell S. Jackson." *The Times.* 15 Nov. 2013, www.thetimes.co.uk/article/the-residue-years-by-mitchell-s-jackson-898ccc5zmdr.

"Mitchell S. Jackson's The Residue Years Has Plenty of Ambition." *The Georgia Straight.* 4 Apr. 2014, www.straight.com/life/501136/mitchell-s-jacksons-residue-years-has-plenty-ambition?qt-most_popular=1.

Wright, Abbe. "The Residue Years." *Oprah.com*. 27 Aug. 2013, www.oprah.com/book/the-residue-years?editors_pick_id=45169.

White, Ashanti. "The Residue Years." *Library Journal.* 12 Sept. 2013, www.libraryjournal.com/?reviewDetail=the-residue-years.

Hallet, Alison. "Pathos and Pistols." *The Portland Mercury*. 11 Sept. 2013.

Gay, Roxane. "Nickel and Dimed." *The New York Times Book Review*. 18 Aug. 2013.

Heller, Billy. "Required Reading: Review of The Residue Years, by Mitchell S. Jackson." *New York Post,* 18 Aug. 2013.

Wright, Abbe. "Ten Titles to Pick up Now." *O Magazine*. 27 Aug 2013, https://www.oprah.com/book/the-residue-years?editors_pick_id=45169.

Review of *The Residue Years. Booklist.* Aug. 2013, https://www.booklistonline.com/The-Residue-Years-Mitchell-S-Jackson/pid=6203794.

Review of *The Residue Years. Kirkus.* 15 July. 2013, https://www.kirkusreviews.com/book-reviews/mitchell-s-jackson/residue-years/.

Review of *The Residue Years*. *Publishers Weekly*. 24 June. 2013, https://www.publishersweekly.com/9781620400289.

**Recognition**
The New York Times Book Review: "Editor's Choice"
The New York Times Book Review: "Paperback Row"
The Irish News: "Book of the Week"
Hickory Daily Record: "100 of the Best Books by Black Americans."
Brooklyn Magazine: "The 25 Best Brooklyn Books of the Decade (So Far)"
Slacker.com: "100 Best Books by Black Americans"
Powell's Bookstore: "Staff Top Fives of 2013"
Multnomah County Library: "Staff Picks: Best Black Books of 2013"
Pacific Northwest Book Sellers Association (PNBA): "Bestseller List (Sept 18, 2013 / June 7, 2020)

(1) Jackson, Mitchell S. *Oversoul: Stories & Essays.* The Collections House, New York, NY. 2012. E-book

**Published Reviews**
Review of *Oversoul: Stories and Essays. 6 Carlos.* Nov. 2012.

Starred Review of *Oversoul: Stories and Essays. Publisher Weekly.* 01 Oct. 2012, https://www.publishersweekly.com/9780985340902.

Review of *Oversoul: Stories and Essays. Kirkus*. 13 Sept. 2012, https://www.kirkusreviews.com/book-reviews//oversoul/.

Volynets, Steven. "Oversoul: Stories and Essays by Mitchell S. Jackson." *HTMLGIANT*, 7 Sept. 2012, htmlgiant.com/reviews/oversoul-stories-and-essays-by-mitchell-s-jackson/.

Catlin, Jenny. *Emotional Truth and Hope amid Urban Sprawl: Mitchell S. Jackson's "The Residue Years.*" 14 Aug. 2012, gloomcupboard.wordpress.com/2013/12/02/emotional-truth-and-hope-amid-urban-sprawl-mitchell-s-jacksons-the-residue-years/.

Ermisch, Sara. Review of *Oversoul: Stories and Essays. Indigest Mag*. 21 June 2012 Issue 23.

**PUBLISHED FICTION AND NONFICTION**

(75) "He Was My Role Model. My Mentor. My Supplier." *New York Times Magazine*. Dec. 20, 2023.
     https://www.nytimes.com/2023/12/20/magazine/lonnie-mentor.html?smid=3Dnytco=re-ios-
     share&referringSource=3DarticleShare

(74) "How the Fearless Fund Is Combating Racial Inequity in Venture Capital." *Esquire Magazine*. Dec. 5, 2023.
     https://www.esquire.com/news-politics/a45855826/fearless-fund-venture-capital/

(73) "Mass Shootings and Racial Violence: Have Shootings Become the New Jim Crow?" *Esquire Magazine*.
     Oct. 26, 2023. https://www.esquire.com/news-politics/a45236211/mass-shootings-racial-violence-jim-
     crow/

(72) "What Colin Kaepernick Has Taught the World About Strength." *Men's Health Magazine*. Oct. 3, 2023.
     https://www.menshealth.com/health/a45125840/colin-kaepernick-strength/

(71) "Now We Got To Worry About A.I. Cops?" *Esquire Magazine*. Sept. 7, 2023.
     https://www.esquire.com/news-politics/a44730873/ai-policing-artificial-intelligence-facial-recognition-
     bias/

(70) "Hip-Hop Style Celebrates Its 50th Anniversary." *Esquire Magazine*. Aug. 10, 2023.
     https://www.esquire.com/style/mens-fashion/a44730874/hip-hop-style-50th-anniversary/

(69) "Apocalypse Now: Phoenix Edition." *Esquire Magazine*. July 25, 2023.
     https://www.esquire.com/news-politics/a44627370/arizona-heat-wave-wildfire-report/

(68) "The Five Best Rappers of All Time." *Esquire Magazine*. July 21, 2023.
     https://www.esquire.com/entertainment/music/a43899543/5-best-rappers-all-time/

(67) "Supreme Court's Affirmative Action Decision Is White Supremacy." *Esquire Magazine*. July 1, 2023.
     https://www.esquire.com/news-politics/a44402218/affirmative-action-supreme-court-decision-reaction/

(66) "Excerpt: Mitchell S. Jackson's 'Fly: The Big Book of Basketball Fashion.'" *Esquire Magazine*. May 4, 2023.
     https://www.esquire.com/entertainment/books/a43773181/mitchell-s-jackson-fly-big-book-of-basketball-
     fashion/

(65) "A Letter to My Daughter Upon Her College Graduation." *Esquire Magazine*. Apr. 28, 2023.
     https://www.esquire.com/lifestyle/a43461751/gradutation-advice-for-daughter/

(64) "Where have you gone, Jackie Robinson?" *Esquire Magazine*. Feb. 22, 2023.
     https://www.esquire.com/sports/a43008619/mlb-black-baseball-players/

(63) "Here We Are Again. But This Killing of a Black Man Is Different." *Esquire Magazine*. Jan. 30,
     2023. https://www.esquire.com/news-politics/a42698149/tyre-nichols-police-killing-why-its-different/

(62) "Kendrick Lamar's New Chapter: Raw, Intimate and Unconstrained." *New York Times Magazine*. Dec. 27
     2022.

(61) "What Guns Did to My Childhood?" *New York Times Magazine*. Dec. 14, 2022.
     https://www.nytimes.com/interactive/2022/12/14/magazine/gun-violence-mitchell-jackson-reflection.html

(60) "Will Smith Hasn't Earn Redemption. Still, Emancipation is a Story We Need." *Esquire Magazine*. Dec. 2,
     2022. https://www.esquire.com/entertainment/movies/a41918537/emancipation-will-smith/

(59) "Read Me my Fking Rights." *Esquire Magazine*. Oct. 20, 2022.

(58) "Yo, Ye: You are a Racist by Proxy." *Esquire Magazine*. Oct. 5, 2022.

(57) "Looking for Clarence Thomas." *Esquire Magazine.* Aug. 8, 2022.

**Recognition**
*Longreads* Top Five Week of Aug. 12, 2022.

(56) "For Whom Does the American Flag Fly?" *Esquire Magazine*. June 14, 2022.

(55) "In the Face of Black Pain, Elizabeth Alexander Turns to Art." *New York Times Book Review*. Mar. 31,
     2022

(54) "Even Their Icons." *Esquire Magazine*. Mar. 28, 2022.

(53) "When I Did time, I was—Technically, Legally, Constitutionally—a Slave." *Esquire Magazine*. Feb. 28
     2022.

(52) "Flying First Class: Luxurious Treat or Insidious Baston of Racism?" Esquire Magazine. Feb. 10 2022.

(51) "Virgil Abloh Made Clothed for the 17-Year-Old Him. I Wear Them for the 17-Year-Old Me" *Esquire*.
     Nov 30, 2021. https://www.esquire.com/style/mens-fashion/a38380004/virgil-abloh-death-designer-legacy

(50)  "There Can Never Be Justice for Ahmuad Arbery" *Runner's World Magazine*. Nov. 24, 2021.
      https://www.runnersworld.com/author/225948/mitchell-jackson/
(49)  "We Went to Vegas to Wring Joy from Heartbreak." *New York Times Magazine.* Sept. 23, 2021.
      https://www.nytimes.com/2021/09/23/magazine/covid-las-vegas.html
(49)  "My Life is Prof That Critical Race Theory is More Than a Fox News Talking Point." *Esquire Magazine*.
      Sept. 13 2021.
(47)  "When in Doubt Dance." *Country living*. June 18, 2021.  Page 68.
(46)  "Resistance and Survival: Portraits of Black and Brown America, c 2020" *LitHub.com*  June 4 2021.
(45)  "Chris Rock's Plan for Immortality" *Esquire Magazine*. May 11 2021.
      https://www.esquire.com/entertainment/movies/a36354022/chris-rock-interview-may-2021
(44)  "Why Mother Akua said Yes to the Making of Judas and the Black Messiah" *Oprah Daily*. Apr. 23, 2021.
      https://www.oprahdaily.com/entertainment/a36210139/mother-akua-judas-black-messiah-interview/
(43)  "What's a "Real Man' These Days Anyway?" *Esquire Magazine*. Apr. 13, 2021.
      https://www.esquire.com/lifestyle/sex/a36099211/modern-male-sexiness-essay
(42)  "1849-1854 Oregon." *Four Hundred Souls: A Community History of African America,
      1619-2019*, by Ibram X. Kendi and Keisha N. Blain, One World, 2021, pp. 209-214.

      **Recognition**
      New York Times: #1 Bestseller -Week of Feb. 21, 2021
(41)  "The White Man's Audacity." *Esquire Magazine*. Jan. 11, 2021, www.esquire.com/news-politics/a35162797/
      capitol-trump-insurrection-white-mans-audacity/.
(40)  "I See Why Some Black People Don't Trust Vaccine—but I'm Still Getting It." *Men's Health Magazine*.
      Dec. 22, 2020.
(39)  "When Michael B. Jordan Promises to Come Home, He Means It." *Esquire.* Winter 2020.
(38)  "On Election Night, American Racism Was Quantified." *Esquire*. Nov. 11, 2020.
(37)  "Marvelous Women: Scarlett Johansson and Florence Pugh." *Marie Claire Magazine*. Oct. 29, 2020.
(36)  "A Case Against Black Republicans." *Esquire*, Oct. 28, 2020, www.esquire.com/news-politics/a34484430/
      black-republican-trump-supporters/.
(35)  "The Sports Hero Was Redefined on May 25, 2020." *Esquire*. Sept. 3, 2020, www.esquire.com/
      news-politics/a33866861/america-new-sports-heroes-george-floyd-black-lives-matter/.
(34)  "Nomen Est Omen." *Believer Magazine.* Sept. 3, 2020, believermag.com/logger/nomen-est-omen/
(33)  Toni Morrison Showed Us That Our People Were Always, Always Enough." *Esquire.* Aug. 20, 2020,
      "www.esquire.com/entertainment/books/a28650699/toni-morrison-tribute-mitchell-s-jackson/.
(32)  "Who Gets to Be 'Naked Athena'?" *The New York Times*. July 25, 2020, https://www.nytimes.com/
      2020/07/25/opinion/sunday/portland-protests-white.html.
(31)  "The Power of Touch: When My Son Visited Lockdown, We Could Hug. It Was a Reminder of the Saddest
      Truth." *The Guardian*. July 16, 2020.
(30)  "Juneteenth: A Primer." *Harper's BAZAAR*. June 19, 2020, www.harpersbazaar.com/culture/politics/
      a32903960/juneteenth-holiday-history-essay/.
(29)  "Twelve Minutes and a Life." *Runner's World Magazine*. June 8, 2020.

      **Recognition**
      Longform: #1 / Longform Best of 2020: Sports
      Long Reads #1 / Best of 2020: Sports and Games
      Long Reads Best of 2020: All of Our No.1 Story Picks
      Triumph Books: The Year's Best Sports Writing
      ASME: Best American Magazine Writing 2021

(28)  "Fight For your Rights." *Portland Monthly Magazine*. June 10, 2020.
(27)  "Calendars." *Washington Post Magazine.* Nov. 28, 2019, https://www.washingtonpost.com/magazine/
      2019/10/28/trials-life-after-prison-short-fiction-mitchell-jackson/?arc404=true.

      **Recognition**
      American Society of Magazine Editors: "National Magazine Award "Single-Issue Category"

(26) "Bear Witness: Author Colson Whitehead Reminds Us to See Ourselves." *Time Magazine*. July 8, 2019.

(25) "Survivor Files." *Virginia Quarterly Review*. Spring 2019, pp. 32-37.

(24) "Who Bleeds American Blood?" *BuzzFeed News*. Mar. 5, 2019, www.buzzfeednews.com/article/ mitchellsjackson/who-bleeds-american-blood.

(23) "The 'I Do 'of Addiction." *The New Yorker.* Mar. 4, 2019, www.newyorker.com/culture/personal-history/ the-i-do-of-addiction.

(22) "Opportunity Cost." *Harper's Magazine*. Feb. 2019.

(21) "The Odyssey of a Gay Black Football-Star Banker, From 'Peasant Boy' to the Mountaintop." *New York Times Book Review.* Oct. 24, 2018.

(20) "Exodus." *The Paris Review.* Fall 2018 ed., vol. 266**.**

(19) "A Poet's Memoir Explores Race, Addiction and a Fraught Father-Son Dynamic." *New York Times Book Review*. June 14, 2018.

(18) "Childish Gambino Captures the Grim Surrealism of Being Black in America." *The Guardian*. May 10, 2018. www.theguardian.com/commentisfree/2018/may/10/donald-glover-childish-gambino-this-is-america- grim-surrealism

(17) "High Pursuit." *Virginia Quarterly Review*. Summer 2018, pp.134-141.

(16) "High Pursuit." Baker, Jennifer. Everyday People: The Color of Life--a Short Story Anthology. Atria Paperback, 2018. pp.49-67.

(15) "N-Words." *The Authors Guild.* June 18, 2018, www.authorsguild.org/the-writing-life/n-words/.

(14) "Survivor Files." *Tin House Magazine.* Fall 2017 ed., vol 19. No 1, pp. 61-68.

(13) "How To Catch a Racist, the Donald Sterling Edition." *Guernica.* Nov. 12, 2017, www.guernicamag.com/ mitchell-s-jackson-how-to-catch-a-racist-the-donald-sterling-edition/.

(12) "Composite Pops." *The Fire This Time: A New Generation Speaks about Race*, edited by Jesmyn Ward, Scribner, 2016, pp. 179-191.

(17) "Re-Vision." *The Center for Fiction.* centerforfiction.org/essays/re-vision/.

(16) "Dear Gordon." *Tin House Magazine.* Spring 2015 ed.

(15) "Command Performance." *The New York Times Book Review*. June 22, 2014.

(14) "Growing up Black in the Whitest City in America." *Salon*, Salon.com, 18 Mar. 2014, www.salon.com/ 2014/03/17/growing_up_black_in_the_whitest_city_in_america/.

(13) "The Name Game." *Bookpage*. ProMotion, Inc. Sept. 2013.

(12) "*My First Time: Mitchell Jackson"*, 26 Aug. 2013, davidabramsbooks.blogspot.com/2013/08/my-first-time- mitchell-jackson.html.

(11) "The Residue Years." *Flaunt Magazine.* Issue 124. Dec. 2012, p. 50.

(10) "No Blood Left Behind." *Everyday Genius.* Publishing Genius. Nov. 15, 2012, http://www.everyday- genius.com/2012/11/mitchell-s-jackson.html.

(9) "True to the Selves." *aboutaword.com*. June 29, 2012, https://aboutaword.wordpress.com/2012/06/29/

(8) "Oversoul." *Vice - Fiction Issue.* June 2012: p. 29-35.

(7) "An Exquisite Corpse" and ""Sixty, Seventy, Eighty." *Gigantic Magazine.* Oct. 10, 201.

(6) "Presidents: An Epic." *The Frozen Moment: Contemporary Writers on The Choices That Change Our Lives*, edited by Colin Farstad, Publication Studio, 2011, pp. 221–223.

(5) "Head Down, Palm Up." *New York Tyrant*, Fall 2011 ed., vol. 3.3, pp. 109–118. mitchell-jackson-true-to-the-selves/.

(4) "Interview with Emory Douglas." *Dossier Journal*. 2008 ed., vol. 2. pp. 62-65.

(3) "Post Script." *Intimacy: Erotic Stories of Love, Lust, and Marriage by Black Men*, edited by Robert Fleming, Plume, 2004, pp. 124–136.

(2) "Late Night." *Sou' Western Literary Journal*, Fall 2003 ed., pp. 76.

(1) "Luminous Days." *Gumbo: An Anthology of African American Writing*, by Marita Golden and E. Lynn Harris, Harlem Moon, 2002, pp. 176–182.

**FOREWORDS AND INTRODUCTIONS**

(1)  Wideman, John Edgar, and Mitchell S. Jackson. Foreword: "Dear John, Dear Robby." *Brothers and Keepers*, Scribner, 2020.

**PUBLICATIONS UNDER CONTRACT**

(3) (under contract) Jackson, Mitchell S. *John of Watts*. Temas de Hoy. Madrid, Spain. TBD.
(2) (under contract) Jackson, Mitchell S. *John of Watts*. Suhrkamp Verlag AG. Berlin, Germany. TBD.
(1) (under contract) Jackson, Mitchell S. *John of Watts*. Farrar Straus & Giroux, New York, NY. 2025.

**FILM AND TV DEVELOPMENT**

| | |
|---|---|
| "We Went to Vega to Wring Joy from Heartbreak." <br> Optioned by ABC Studios | 2021 |
| "Fly: The Big Book of Basketball Fashion." <br> Optioned by Unanimous Media (Steph Curry) | 2024 |
| *"The Redemption of Al Sharpton"* <br> Optioned by ABC Studios | 2024 |

**GRANTS + FELLOWSHIPS**

**RESEARCH**

| | |
|---|---|
| **John Simon Guggenheim Foundation** <br> Fellowship | 2021 |
| **Illinois Humanities** <br> *Envisioning Justice Grantee* | 2021 |
| **Soze Agency** / Right of Return Fellowship <br> *Awardee* | 2019 |
| **New York Public Library** / Cullman Fellowship <br> *Awardee* | 2019 |
| **PEN America** / Writing for Justice Fellowship <br> *Awardee* | 2018 |
| **Ford Foundation** / Bearing Witness Fellowship <br> *Awardee* | 2018 |
| **TED** / Senior Fellowship <br> *Awardee* | 2018 |
| **NYFA** / Nonfiction Fellowship | 2018 |

MITCHELL S. JACKSON, 10

*Awardee*

**TED** / Fellowship                                                                                    2016
*Awardee*

**Bread Loaf Writers' Conference** / Shane Stevens Fellowship                     2015
*Awardee*

**Lannan Literary Fellowship** / Fiction Fellowship                                          2014
*Awardee*

**Center for Fiction** / Emerging Writers Fellowship                                        2011
*Awardee*

**Urban Artist Initiative** / NYC Fellowship                                                     2008
*Awardee*

**TEACHING**

**Bread Loaf Writers' Conference** / Shane Stevens Fellow in Fiction              2015
*Awardee*

**AWARDS**

**The Center for Sports Communications & Media UT Austin**                        2021
*Dan Jenkins Medal for Excellence in Sports Writing*

**Pulitzer Prizes**                                                                                           2021
*Pulitzer Prize in Feature Writing*

**American Society of Magazine Editors**                                                        2021
*National Magazine Award in Feature Writing*

**Creative Capital Award**                                                                               2020
*Winner*

**New City Magazine**                                                                                     2020
*Lit 50: Who Really Books in Chicago (#39)*

**NAACP + NYHA**                                                                                         2016
*Just READ Award for Outstanding Fiction*
*Winner*

**Whiting Writers' Award**
*Winner*                                                                                                           2016

**Portland Community College**                                                                       2015
*Diamond Alumni Award*

**Ernest J. Gaines Award for Literary Excellence**                          2014
*Winner*

**PEN / Hemingway Debut Fiction Award**                                      2014
*Finalist*

**Hurston Wright Legacy Award**                                             2014
*Finalist*

**Saroyan International Prize For Writing**                                  2014
*Shortlist*

**Chautauqua Prize**                                                        2014
*Longlist*

**Saroyan International Prize For Writing**                                  2014
*Shortlist*

**Black Caucus Of The American Library Association**                        2014
*Honor Book*

**Center For Fiction**                                                      2014
*Flaherty-Duncan First Novel Prize, Finalist*

**Hurston Wright Foundation**                                               2004
*Award for College Writers, Fiction*

**SELECTED CONFERENCES + INVITED TALKS + VISITS**

---

**NATIONAL**
Washington University. Commencement Address. Missouri Eastern Correctional Center, Pacific, MO. May 25, 2022

Lewis and Clark College. Commencement Address. Portland, Oregon. May 7, 2022

Columbia University. "Feature Writing." Columbia Journalism School. Dec. 1, 2021. Class visit for Steve Coll.

University of Portland. "From Prison to the Pen." Portland, OR. Nov. 10, 2021. Lecture.

Wake Forest University. "Magazine Feature Writing." Oct. 12, 2021. Class visit for Barry Yeoman.

Middle Tennessee State University. "Revision." Murfreesboro, TN. Oct. 6, 2021. Lecture.

Writers' League of Texas Conference. Austin, TX. Sept. 18-19 2021. Panels.

"Juneteenth: a panel discussion with Clint Smith, Deesha Philyaw, Imani Perry, Keisha Blain." June 17, 2021. Nantucket Book Festival. Online. Panel.

"Revising a Life in the Turbulent Age of Mass Incarceration." Dallas Literary Festival. March 26, 2021. Keynote.

Reed College. "Personal Essay." March 24, 2021. Class Visit for Peter Rock.

"A Conversation on *Four Hundred Souls: A Community History of African America*." African American Intellectual History Soceity (AAISH) Conference. March 19, 2021. Panel.

"Narrative Writing" UC Berkeley Graduate School of Journalism. Feb. 24, 2021. Class Visit for Chris Ballard.

"400 Souls Book Release with Ibram X. Kendi, Keisha Blain, Deborah Douglas, Michelle Duster, and Mitchell S. Jackson." DuSable Museum. Feb. 8, 2021. Panel

"Author! Author!: Ta-Nehisi Coates in Conversation with Mitchell S. Jackson." Deschutes Public Library, Feb. 7, 2021, Web.

"Sound Like Yourself: Mitchell S. Jackson and Kimberly King Parsons in Conversation." Tin House Workshop, Jan. 14, 2021, Web.

"Designing Cities." National Association of City Transportation Officials, Dec. 10, 2020, Web. Keynote address.

"Survival Math." National Council of Urban Education Association, Dec. 5, 2020, Virtual Fall Conference. Keynote address.

"Portland Arts & Lectures: Colson Whitehead." Portland Literary Arts, Sept. 24, 2020, Portland, OR. Web. Interlocuter.

"James McBride—*Deacon King Kong*." Acapella Books, Aug. 18, 2020, Web. Interlocuter.

"Art for Justice: A Conversation with Valeria Luiselli & Mitchell S. Jackson." Aug. 7, 2020, Web. Panel.

"Race in America: Mitchell S. Jackson, Ibram X. Kendi, and Sarah M Broome." Miami Bookfair, Miami Dade College, Nov. 23, 2019, Miami, FL. Conversation.

"Ta-Nehisi Coates in Conversation with Mitchell S. Jackson." The Cabin, Oct. 7, 2019, Boise, ID. Conversation.

"Jesmyn Ward and Mitchell S. Jackson in Conversation." AWP Conference 2019, Mar. 30, 2019, Portland, OR. Keynote address.

"Whiting Awards Winners Reading." BookCourt. Mar. 24, 2016. Brooklyn, NY. Reading.

"John Edgar Wideman: The Till Tragedies." Chicago Humanities Festival, Nov. 12, 2016, Chicago, IL. Interview.

"Inheritance." Texas Book Festival, Nov. 6, 2016, Austin, TX. Panel.

"The Circle of Life: Generational Turmoil." Brooklyn Book Festival, Sept. 18, 2016, Brooklyn, NY. Panel.

"New Hampshire Writers' Day." New Hampshire Writers' Project, Apr. 23, 2016, Hooksett, NY. Keynote address.

"Homeword Bound." Community Partners for Affordable Housing, Apr. 8, 2016, Portland, OR. Keynote address.

"PEN Faulkner Presents: I Feel Your Pain: An Evening with Mitchell S. Jackson and Leslie Jamison." PEN Faulkner Foundation, Mar. 21, 2016, Washington, DC. Conversation.

Oregon Book Awards, Apr. 13, 2015, Portland, OR. Host.

"The Residue Years." Contemporary Writers Readers Series, Nov. 21, 2014, Brown University, Providence, RI. Reading and lecture.

"Danger." The 26th PEN / Faulkner Awards Gala, Oct. 6, 2014, Washington, DC. Reading.

"Darkness on the Edge of Town." Brooklyn Book Festival, Sept. 21, 2014, Brooklyn, NY. Reading and panel.

"The Residue Years." Visiting Writers Series UMASS Amherst, Sept. 18, 2014, Amherst, MA. Film screening and reading.

"R.E.S.P.E.C.T: Truths About Black Manhood." Al Forthan Scholarship Lecture for Volunteers of America, June 18, 2014, Portland, OR. Lecture.

"The Residue Years." Cuyahoga County Public Library, June 13, 2014, Cleveland, OH. Reading and Discussion.

"A Conversation with Mitchell S. Jackson." Apr. 25, 2014, Portland State University, Portland, OR. Reading and Lecture.

"City Club of Portland Presents: Friday Forum." Sentinel Hotel, Apr. 25, 2014, Portland, OR. Panel Moderator.

"The Residue Years." Lewis & Clark College, Apr. 24, 2014, Portland, OR. Reading and lecture.

"The Residue Years." Hampshire County Jail and House of Correction, Mar. 28, 2014, Hampshire County, MA. Reading and lecture.

"The Residue Years." Visiting Writers Series, Feb. 10, 2014, University of Massachusetts Amherst, Amherst, MA. Film screening and reading.

"Ch-ch-changes." Back Fence PDX Live Storytelling Series, Feb. 1, 2014, Portland, OR. Reading.

"The Residue Years." Hillcrest Youth Correctional Facility, Jan. 31, 2014, Salem, OR. Reading and lecture.

"The Residue Years." Visiting Writers, Middlebury College, Jan. 22, 2014, Middlebury, VT. Lecture.
"The Residue Years." Miami Book Fair, Nov. 28, 2013, Miami, FL. Reading.

"Journalism of the Heart." University of Southern California, Oct. 7, 2013, Los Angeles, CA. Video lecture.

"All Stories Are True." On Writing the Autobiographical Novel: Moderated Jelani Cobb, Book Expo America 2013, May 21, 2013, New York, NY. Conversation.

"How Writing Saved My Life." Santiam Correctional Facility, Mar. 22, 2013, Salem, OR. Lecture.

"This is What it Means to Say Portland." Oversoul Release Event, Someday Lounge, Nov. 10, 2012, Portland, OR. Reading.

"Sixty, Seventy, Eighty." Lit Crawl Reading. Gigantic Exquisite Corpse, Home Sweet Home, Sept. 10, 2011, New York, NY. Reading.


## REGIONAL

ASU Common Read with Michael Eric Dyson. ASU. Oct 21, 2021. Co-interlocutor with Safiya Sinclair.

"Mitchell S. Jackson with Imani Perry." PEN: Out Loud, Strand Bookstore, Feb. 12, 2020, New York, NY. Conversation.

"Salman Rushdie & Mitchell S. Jackson on Survival." The Center for Fiction, May 2, 2019, Brooklyn, NY. Conversation.

"Readings by Mitchell S. Jackson and Kiese Laymon." Redaction: A Project by Titus Kaphar and Reginald Dwayne Betts, Apr. 1, 2019, Queens, NY.  Reading and conversation.

"The Other America II." Cornell University MLK Commemoration, Jan. 23, 2018, Ithaca, NY. Keynote address.

"The Residue Years." Everybody Reads, Mar. 10, 2015, Portland, OR. Lecture.

"The Residue Years." RebLaw Conference, Feb. 21, 2015, Yale University, New Haven, CT. Reading and lecture.

"The Residue Years." Langston Hughes Literary Arts Festival, Dec. 6, 2014, Queens, NY. Reading.

"The Residue Years." Fiction Forum, Sept. 22, 2014, The New School, New York, NY. Reading.

"The Residue Years." John Jay College SEEK Program, July 27, 2014, New York, NY. Reading.

"The Residue Years." John Oliver Killens Reading Series / National Black Writers' Conference, Mar. 29, 2014, Brooklyn, NY. Reading and lecture.

"Reading and New York Film Premier." New York University CWP Reading Series, Lillian Vernon Creative Writers House, Oct. 25, 2013, New York, NY. Reading and film screening.

"Largehearted Lit." Largehearted Boy Reading Series, Word Bookstore, Oct. 16, 2013, Brooklyn, NY.  Reading.

"The Residue Years." Inside / Outside Reading Series, New York University Bookstore, SCPS, Oct. 9, 2013, New York, NY. Reading.

"The Act of Making." Riggio Program in Writing and Democracy at New School University, Sept. 30, 2013, New School University, New York, NY. Reading and lecture.

"Graduate School Panel." Summer Intensive Program, June 27, 2013, New York University, SCPS. New York, NY. "Head Down, Palm Up." Franklin Park Reading Series, Franklin Park Beer Garden, Dec.10, 2012, Brooklyn, NY. Reading.

"Moby Dick Marathon NYC." Moby Dick Marathon Reading, Word Bookstore, Nov. 16, 2012, New York, NY. Reading.

"Head Down, Palm Up." Emerging Writers Fellows Reading, The Center for Fiction, May 10, 2012, Brooklyn, NY. Reading.

"The Act of Making." Riggio Program in Writing and Democracy, New School University, Dec. 14, 2011, New York, NY.  Reading and lecture.

"Presidents." Emerging Writers Fellows Reading, The Center for Fiction, Oct. 27, 2011, Brooklyn, NY. Reading.

"Hip Hop and Literacy." SEEK Festival, John Jay College, June 2011, New York, NY. Address.

"Bye, Bye, Bush." FLASHERS: A Reading of Flash Fiction by New York Writers, Debut Lit Reading Series, KGB Bar, Mar. 20, 2009. Reading.


**<u>INTERNATIONAL</u>**
"The Residue Years." Bookable Space: African American Literary Salon." Feb. 5, 2021. London, UK. (Virtual) Conversation.

"Prison and the Pen." Ubud Writers and Readers Festival, Oct. 29, 2016, Bali, Indonesia. Panel.

"Making America Great Again." Ubud Writers and Readers Festival, Oct. 29, 2016, Bali, Indonesia. Reading.

"Evolving English." Ubud Writers and Readers Festival, Oct. 28, 2016, Bali, Indonesia. Panel.

"Mitchell S. Jackson: The Residue Years." Ubud Writers and Readers Festival, Oct. 28, 2016, Jakarta, Indonesia. Reading.

"NuDawn Presents: Mitchell S. Jackson Reading *The Residue Years*." Aug. 17, 2016, London, UK. Reading.

"Race: No Black / No White." TED Conference 2016, Feb. 15, 2016, Vancouver, BC. Lecture.

Sydney Writers' Festival, May 23-24, 2015, Sydney, AU. Reading and panel.

## WORKSHOPS

### NATIONAL

| | |
|---|---|
| Bread Loaf Writers' Conference<br>*Nonfiction Faculty* | 2020 |
| Napa Valley Writer's Conference<br>*Fiction Faculty* | 2019 |
| VQR Writers' Conference<br>*Nonfiction Faculty* | 2019 |
| Tin House Summer Workshop<br>*Nonfiction Faculty* | 2019 |
| Juniper Summer Writers' Week<br>*Nonfiction Faculty* | 2019 |
| Vermont Studio Center<br>*Visiting Writer* | 2018 |
| Hurston / Wright Writers' Week<br>*Fiction Faculty* | 2018 |
| Juniper Summer Writers' Week<br>*Fiction Faculty* | 2018 |
| Manhattanville College Summer Writers' Week<br>*Fiction Faculty* | 2017 |
| Atlantic Center for the Arts<br>*Master Artist-in-Residence* | 2017 |
| Catapult | 2016 |

*Fiction Craft Class Instructor*

Center for Fiction                                                                                          2016
*Fiction Craft Class Instructor*

Juniper Summer Writers Institute                                                                  2016
*Fiction Workshop Leader*

Center for Fiction                                                                                          2016
*Fiction Workshop Leader*

Juniper Summer Writing Institute                                                                  2015
*Writer in Residence*

Hurston Wright Foundation Weekend Workshop                                         2015
*Fiction Workshop Leader*


## TEACHING COURSES

---

**Arizona State University**                                                              2021-Present
John O. Whiteman Dean's Distinguished Professor

> *Spring 2024*
> ENG 498 Capstone Fiction
>
> *Fall 2023*
> ENG 594 Creative Writing Fiction
>
> *Spring 2023*
> ENG 598 Nonfiction Workshop
>
> *Fall 2022*
> ENG 398 Voices From The Margins
>
> *Spring 2022*
> ENG 598 Special Topics: Voices from the Edge
>
> *Fall 2021*
> ENG 594 Conference and Workshop


**University of Chicago**                                                                 2019 – 2021
Assistant Professor, Creative Writing

> *Spring 2021*
> CRWR 20216  Technical Seminar in Fiction: Perspective (Seminar)
> CRWR 12142  Reading as a Writer: Voices from the Edge (Seminar)
>
> *Winter 2021*
> CRWR 17008 1 Fundamentals in Creative Writing: The Art of Dialogue (Seminar)
>
> *Autumn 2020*

CRWR 22139 1 Advanced Fiction Workshop: Home

**New York University**                                                    2016 – 2019
Clinical Associate Professor

*Spring 2019*
WRII-UF 102 006 Writing II / "Methods of Inquiry": The American Other (Seminar)

*Fall 2018*
GWS-UF 101 Global Writing Seminar
CWRG1-UC 5271 Fiction Workshop

*Spring 2018*
EXWR1-UC 7502.300 Writing Workshop I / "Generation Now"
WRII-UF-102 (15, 26, 06) "Methods of Inquiry": The American Other (Seminar)

*Fall 2017*
WRI-UF 101.021 (021, 062) Writing I / "Generation Now" (Seminar)
CRWR1-UA 816 –003 Intermediate Fiction Workshop

*Spring* 2017
WRI-UF 102.(06, 26, 15) "Methods of Inquiry": The American Other (Seminar)
EXWR1-UC 7503.001 Writing Workshop II / Methods of Inquiry "The American Other"

*Fall 2016*
WRI-UF 101 (062, 001) Writing I / "Generation Now" (Seminar)
CRWR1-UA 816 – 03 Prose Studio (Seminar)
CRWR1-UA 816 – 03 Intermediate Fiction Workshop

*Spring 2016*
WRII-UF 102 (107, 055) Writing II / Methods of Inquiry (Seminar)

*Fall 2015*
WRI-UF 101 (23, 19) Writing I / "Generation Now" (Seminar)

*Spring 2015*
WRII-UF 102 (050, 053) Writing II /Methods of Inquiry (Seminar)

*Fall 2014*
WRI-UF 101 (60,116) Writing I "Generation Now" (Seminar)

*Spring 2014*
WRI-UF 102 (053, 029) Writing II /Methods of Inquiry (Seminar)
EXWR1-UC 7503 002 Writing Workshop II

*Fall 2013*
WRI-UF 101 (058, 029) Writing I (Seminar)

*Spring 2012*
WRII-UF 0102 Writing II (Seminar)

*Fall 2011*
WRI-UF 101 005 Writing I (Seminar)

**College of New Rochelle**                                              2017 – 2019
Visiting Writer, MFA Program
Graduate Level

> *Spring 2019*
> CRW600 The Writer at Work: Voices from The Edge (Seminar)
>
> *Fall 2018*
> CRW700 Fiction Workshop
> CRW 600 The Writer at Work: The Craft of Writing Dialogue (Seminar)
>
> *Spring 2018*
> CRW600 The Writer at Work; First Person (Seminar)
>
> CRW 700 Fiction Workshop
>
> *Fall* 2017
> CRW 700 Fiction Workshop
> CRW 600 The Writer at Work: Voices from The Edge (Seminar)

**Columbia University**                                              2015 – 2019
Adjunct Professor

> *Spring 2019*
> WRITAW5200_004_2019_1 Nonfiction Workshop (Graduate)
>
> *Fall 2018*
> WRIT UN 3120 The Craft of Writing Dialogue (Seminar)
>
> *Spring 2017*
> WRITEAW5200__003 Nonfiction Workshop
> WRITAW600 Nonfiction Master Class: Voice in the Personal Essay (Graduate workshop)
>
> *Fall 2016*
> CREA W3306 Voices from The Edge (Seminar)
>
> *Spring 2016*
> WRIT W2001 Intermediate Fiction Workshop sec 02
>
> *Fall 2015*
> WRIT W3001 Advanced Fiction Workshop Sec 001
> WRIT W2001 Intermediate Fiction Workshop sec 02

**Lesley University**                                              2015 – 2016
MFA Creative Writing Faculty

> *GCRWT 6000 Fiction Workshop*
> Distance-Learning students
>> 1.     Rex Arrasmith
>> 2.     Cindy House
>> 3.     Jody Hobbs Hesler

**John Jay College of Criminal Justice**                                     2004 – 2016
Adjunct Assistant Professor

>   One ENG 201 and ENG 101 class per semester, every year. (Seminar)

**Medgar Evers College**                                                          2005 – 2016
Adjunct Assistant Professor

>   One ENG 150 and ENG 112 class per semester, every year. (Seminar)

## SELECTED SERVICE

### COMMITTEE AND BOARD MEMBERSHIPS

**Portland State University Business School**                         2020 – Present
*Diversity Equity & Inclusion Advisory Council*

**Portland Literary Arts**                                                   2020 – Present
*Board Member*

**History Studio**                                                            2020 – Present
Media Advisory Board

**National Book Foundation**                                             2018 – Present
*Literature for Justice Committee*

**Center for Fiction**                                                        2018 – Present
*Writers' Council*

**National Book Foundation**                                             2015 – 2016
*The Other NBA Fundraising Committee*

**National Book Foundation**                                             2014 – Present
*Junior Committee*

### PROFESSIONAL SERVICE

**Whiting Award**                                                                     **2022**
*Recommender*

**Tenure of Danielle Evans Johns Hopkins University**                     **2022**
*Letter Writer*

**Henfield Fiction Prize, University of Michigan, Hellen Zell Writers' Program**     2021
*Judge*

**Asian American Writers' Workshop**                                          2021
*Mentor (Joseph Lee)*

**Young Lions Fiction Award**                                          2020
*Judge*

**Whiting Award**                                                      2020
*Recommender*

**MacArthur Fellowship**                                               2020
*Recommender*

**PEN America**                                                        2019
*Writing for Justice Fellowship Selection Committee*

**Rona Jaffe Foundation Writers' Award**                               2018
*Recommender*

**National Book Foundation**                                           2018
*Literature for Justice Selection Committee*

**MacArthur Fellowship**                                               2018
*Recommender*

**Award for Debut Fiction, Hurston Wright Foundation**                 2016
*Judge*

## INSTITUTIONAL SERVICE

**Arizona State University**
English Department
    Hiring Committee for David Gorin                2023
    Awards Committee                                 2022 – 2023
    MFA Admissions Fiction Committee                 2021 – 2023
    Creative Writing Curriculum Review               2021 – 2023

**University of Chicago**
English Department
    Public Sphere Committee                          2020 – 2021
    First Reader PhD applications (36 applications)  2020
    Panel Presentation, Humanities Day

**Columbia University**
English Department
    Thesis Project Advisor, Rebecca Sonkin          2018
    Thesis Project Advisor, Arely Guzman

**New York University**
English Department

| | |
|---|---|
| Student Affairs Committee, Liberal Arts Program | 2016 – 2018 |
| Foundations of the Creative Process, Guest Speaker | 2016 |
| Independent Study Instructor, Humanities, Alison Wood | |
| Gap Year Program, New York University | 2014 |
| Portfolio Evaluations, Reviewer | |
| Inside / Outside Reading Series, Faculty Reader | 2013 |
| Independent Study Instructor / Cameron Begg | |
| Portfolio Evaluation, Reviewer | 2011 |
| Summer Writing Intensive Workshop, Graduate School Panel | 2005 |

**Medgar Evers College**
English Department

| | |
|---|---|
| National Black Writers Conference Planning Committee | 2008 |
| English Composition Committee | |

**Associated Writing Programs (AWP)**                                              2002 – Present

## SELECTED PRESS

ABC 20/20 Ahmaud Arbery Special

CourtTV Ahmaud Arbery

This American Life Dec 2020 (Audio Essay)

This American Life Bloody Feelings Apr 9 2021 (audio essay)

The Cross Connection MSNBC Oct 13 2021.

AmanPour and Co

Leiman Podcast Harvrd

LongReads Nonfiction Podcast

Mr. Porter "the Stylish Legacy of Mr. James Baldwin" Feb 19 2022