UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 11-119** |
| v. | * | **SECTION: "E" (5)** |
| **CHRISTOPHER DORSEY** | * | |
| aka "BG" | | |
| aka "Gizzle" | * | |
| aka "Christopher Williams" | | |
| | * | |

\* \* \*

**JOIN AGREEMENT TO MODIFICATIONS
OF THE TERMS OF SUPERVISED RELEASE**

**MAY IT PLEASE THE COURT:**

The Government and the defense have agreed to the following modifications of the terms of his supervised release.

As this Court is aware, Christopher Dorsey is currently on supervised release for violations of the Federal Gun Control Act and Obstruction of Justice. Based on recent events, and in an effort to narrowly tailor the conditions of his supervised release to promote respect for the law, to facilitate his rehabilitation, and to allow him to continue to support himself in his profession as an artist and singer, the parties agree to the following:

1) The Government has no objection to Mr. Dorsey being a rap artist and/or singer and continuing in his music career.

2) The Government further has no objection to Mr. Dorsey being self-employed in the music industry, as long as he keeps his federal probation officer informed of his employment and contracts.

3) *However, Mr. Dorsey shall refrain from promoting and glorifying future gun violence/murder and obstructive conduct in his songs and during his concerts. (NOTE: the government and the defense do not agree on this item)*

4) Mr. Dorsey shall provide the U.S. Probation Office with a copy of all the lyrics of songs that Mr. Dorsey writes and/or produces and/or promotes, while on supervised release. These documents will be kept by the Probation Office under seal to guard against any copyright infringements and will not be released to the public without a court order or consent from Mr. Dorsey. The Probation Office shall share its file, including these sealed documents, with the United States Attorney's Office as necessary and appropriate to monitor his conduct while on supervised release. Once his term of supervised release is terminated, these documents will be returned to Dorsey and/or his attorney.

5) As a standard condition of his supervised release, the defendant shall not associate with any convicted felon, without obtaining the written permission of the United States Probation Officer. (This does not include individuals that he may meet for a very brief casual encounter, such as a fan who wants to take a picture or a fan that attends his concert). It is understood that in Dorsey's music career, he may come into contact with coworkers who are felons and will promptly notify Probation before any interaction with such individuals. Further, if Dorsey determines that someone is a

felon after the fact, he will notify Probation immediately. Said association shall be for work purposes only, and there shall be no socializing with felons.

6) Dorsey shall not travel outside the District of Nevada, where he is being supervised, without the written permission of the U.S. Probation officer in that District. Permission can only be given for work related travel. Prior to approval being given, the United States Probation Officer will need to be provided the travel itinerary, including dates, purpose, accommodations, and the names of the individuals that he will be traveling with and the people that he will be working with.

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ David Z. Chesnoff* | DUANE A. EVANS |
| *(pro hac vice)* | UNITED STATES ATTORNEY |
| David Z. Chesnoff | */s/ Maurice E. Landrieu, Jr.* |
| Nevada Bar No. 2292 | MAURICE E. LANDRIEU, JR. (#22104) |
| Chesnoff & Schonfeld | Assistant United States Attorney |
| 520 S. Fourth Street | 650 Poydras Street, Suite 1600 |
| Las Vegas, Nevada 89101 | New Orleans, Louisiana 70130 |
| Telephone: (702) 384-5563 | Telephone No. (504) 680-3015 |
| dzchesnoff@cslawoffice.net | maurice.landrieu@usdoj.gov |

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Ian L. Atkinson, 31605
SCHONEKAS, EVANS MCGOEY
   & MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com
ian@semmlaw.com

*Attorneys for Christopher Dorsey*